IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JANA REED, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CHRISTOPHER REED AND ON BEHALF OF A.R. (A MINOR); LOGAN REED, AND CHASE REED<br>    *Plaintiffs* | §<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. 3:19-cv-00238 |
| V. | § | 9(H) Admiralty |
| MAERSK LINE-LTD, USA AND MAERSK LINE, LIMITED<br>    *In Personam Defendants;*<br>M/V MAERSK IDAHO<br>    *In Rem defendant.* | §<br>§<br>§<br>§<br>§<br>§ | |

**MAERSK LINE, LIMITED'S (as *in personam* Defendant and as owner of the *in rem* Defendant *M/V Maersk Idaho*)**
**SUPPLEMENTAL RULE 26 EXPERT DISCLOSURE**

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** Maersk Line, Limited, as *in personam* Defendant, and as the owner of the *M/V Maersk Idaho*, *in rem* Defendant, (hereinafter collectively referred to as "MLL" or "Maersk"), serves its Supplemental Expert Disclosure pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure. This Expert Disclosure supplements Maersk's Rule 26 Expert Disclosure made on August 17, 2020 (Dkt. No. 68) and is in accordance with the Order Amending Scheduling Order (Dkt. No. 52).

**A.     Disclosure of Retained Experts:**

　　　1.　　　Dick K.P. Yue
　　　　　　　Yuming Liu
　　　　　　　Center for Ocean Engineering
　　　　　　　Department of Mechanical Engineering
　　　　　　　Massachusetts Institute of Technology
　　　　　　　Cambridge, MA 02139
　　　　　　　(617) 253-6823

Dr. Yue and Dr. Liu are experts in naval architecture, marine fluid mechanics, ocean engineering and theoretical and computational wave hydrodynamics. Dr. Yue will provide testimony regarding the wake dynamics generated by the *Maersk Idaho* on June 7, 2019 in Galveston Bay. He will testify as to the properties of the wake generated by the *Maersk Idaho* and any other opinion contained in the report accompanied with this Disclosure. Dr. Yue will be the defendants' designated testifying expert on these subjects. Dr. Liu participated with Dr. Yue in the analysis described in the expert report co-authored by Dr. Liu and Dr. Yue. Their opinions are based on their education, training, and experience, as well as their review of documents/data in this case. A summary of Dr. Yue's and Dr. Liu's education, training, and experience can be found in the attached curriculum vitae.

Maersk's previously filed disclosure and designation of expert witnesses, Dkt. No. 68, remains in place. Maersk reserves the right to elicit, by way of direct or cross-examination, testimony from those individuals identified as experts by Plaintiffs. Maersk also reserves the right to elicit opinion testimony from lay witnesses as permitted by Fed. R. Evid. 701. Maersk reserves the right to have an expert witness supplement his report based on additional information received after their initial reports have been served.

Respectfully submitted,

**HOLMAN FENWICK WILLAN USA LLP**

*/s/ Alejandro Mendez-Roman*
James T. Brown
ATTORNEY-IN-CHARGE FOR
MAERSK LINE, LIMITED, *in personam*
Defendant, and as the owner of the *M/V Maersk Idaho*, *in rem* Defendant
Texas Bar No. 03138150
Federal ID. No. 11656
5151 San Felipe, Suite 400
Houston, Texas 77056
Jim.Brown@hfw.com
Telephone: 713-917-0888
Facsimile: 713-953-9470

OF COUNSEL:
HOLMAN FENWICK WILLAN USA LLP
Thomas N. Lightsey III
Texas Bar No. 12344010
Federal ID No. 84829

-2-

-3-

tom.lightsey@hfw.com
Christopher R. Hart
Texas Bar No. 09136310
Federal ID No. 12517
Chris.hart@hfw.com
Alejandro Mendez-Roman
Texas Bar No. 24102778
Federal ID No. 2295449
Alex.mendez@hfw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on this 1st day of December, 2020 to all counsel of record via electronic mail:

*/s/* **Alejandro Mendez-Roman**
Alejandro Mendez-Roman