# Analysis of Wake Waves of Maersk Idaho on the Houston Ship Channel

## Dick K.P. Yue and Yuming Liu
### Center for Ocean Engineering
### Department of Mechanical Engineering, MIT
### Cambridge, MA

## Summary

Based on the existing theories of ship-wave generation and wave propagation in finite water depth, we analyzed the wake properties of Maersk Idaho advancing on the Houston ship channel. We found that the maximum possible height of Idaho-generated-waves in the water with a perpendicular distance of about 926 m (i.e. 0.5 nautical miles) from the ship track line could not be more than 0.67 m (i.e. 2.2 ft).

## Known Parameters

Topography: Houston ship channel has a width of 1000 ft, consisting of deep ship channel of a width of 500 ft (with depth of 45 ft) in the middle and shallow barge channels (of depth 12 to 20 feet) at two sides. Outside the channel, the water depth reduces to about 7 ft.

Maersk Idaho:
Length Overall = 292 m
LBP=277m
Breadth =32 m
Mean draft =11.5 m
Displacement = 51952 Tonnes
Navigation peed = 15 knots

## Wake Size and Wave Features

Propagation of ship generated waves in finite water depth is strongly influenced by the depth-dependent Froude number, $F_d = \frac{U}{\sqrt{gd}}$ , where $U$ is the speed of ship, $g$ is the gravitational acceleration ($g = 9.81$ m/s$^2$), and $d$ is the water depth.

From classical ship wave theory (Havelock 1908), the largest waves are generally along the so-called cusp locus line at an angle $\alpha$ with respect to the track line sweeping aft from the bow of ship. Along the cusp locus and for $F_d < 1.00$ (referred to as the "subcritical flow"), the diverging waves and transverse waves meet at the maxima for both sets of waves and the largest waves are generally found there. The angle $\alpha$ is equal to 19.5 degrees for $F_d$ less than 0.6 and increases to 90 degrees as $F_d$ increases to 1.0, as shown in Fig. 1a.

1

For $F_d \geq 1.00$ (referred to as "supercritical flow"), the transverse waves and cease to exist, and there is no cusp locus line. The largest waves are along the wake half angle that decreases from 90 degrees to about 20 degrees as $F_d$ increases from 1.0 to about 3.0, and continuously decreases to zero as $F_d$ further increases, as shown in Fig. 1b.

Inside the ship channel, the water depth is $d_1$ =13.72 m (45 feet). With the ship speed $U = 7.65$ m/s (15 knots), we have Froude number $F_{d1} = 0.66$. The cusp locus angle $\alpha_1 = 20$ degrees from Fig. 1a. In the shallow water region outside the channel, we assume a constant depth of $d_2 = 2.13$ m (7 feet). The corresponding Froude number $F_{d2}$ =1.67. The wake half angle is about $\alpha_2 = 38$ degrees from Fig. 1b. From the deep ship channel to the edge of the entire channel, the water depth decreases from 13.72 m to 2.13 m. In this narrow strip region, the wake half angle increases from 20 degrees to 38 degrees. Fig. 2 displays a sketch diagram of the wake size of Maersk Idaho (at 15 knots). The interest here is not in the waves in the channel, but the waves outside the channel.

## Wave Height Variation in the Wake

Inside the wake in the channel, significant waves can exist. The largest waves generally are located near the cusp locus line BP, as sketched in Fig. 2, where both diverging waves and transverse waves exist. Outside the cusp line, the ship waves are much smaller in amplitude. From classical theory (Havelock 1908, Ursell 1960), it is well known that for subcritical flow, the wave height on the cusp line varies inversely with cube root of the perpendicular distance from the track line (i.e. the $y$-coordinate in Fig. 2), while the wave height inside the wake varies inversely with square root of $y$. These features of wave height were verified in experimental observations (Kriebel et al. 2003).

In the shallow water region outside the channel, the corresponding Froude number $F_{d2}$ =1.67 so the wake is in supercritical flow. Only diverging waves exist while transverse waves and the cusp line do not exist. The largest waves occur near the wake half angle line PQ, as shown in Fig. 2. For supercritical flow, it is known from existing theory (Havelock 1908; Pethiyagoda et al. 2015) that the wave height in the wake varies inversely with the square root of the perpendicular distance from the track line (i.e. the $y$-coordinate in Fig. 2). The main focus of this study is on the large diverging waves along the half wake angle line PQ. From this theory, the wave heights at locations P and Q are related by the relation:

$$\frac{H_p}{H_q} = \left(\frac{y_p}{y_q}\right)^{-\frac{1}{2}} \tag{1}$$

where $H_p$ and $H_q$ represent the wave heights at P and Q, respectively, and $y_p$ and $y_q$ are the perpendicular distances from the track line of points P and Q, respectively. The equation (1) can also be written in the alternative form: $H_p^2 y_p = H_q^2 y_q$ which is consistent with the principle of conservation of wave energy.

The wave height $H_q$ at point Q, far away from the ship, can be determined from equation (1) in terms of the wave height $H_p$ at point P, which is located at the edge of the channel and is much

closer to the ship than point Q. The wave height $H_q$ at point Q is clearly smaller than $H_p$ at point P as the distance $y_q$ is larger than $y_p$.

By the use of direct numerical simulation of wave generation by Maersk Idaho advancing at 15 knots, we obtained a prediction of the generated diverging and transverse wave field in the channel near the ship. The modeling is based on the formulation of incompressible fluid dynamics for ship wave generation in finite water with varying depth. The typical wave height in the channel is obtained to be 0.6 m (2.0 feet). The generated waves in the water outside the channel and far away from the ship (e.g. point Q in Fig. 2) could not be obtained by direct numerical simulation due to the requirement of huge computational costs. Despite this, we could estimate the wave height at point Q using equation (1) with the computed wave height $H_p = 0.6$ m at point P. Since point P is located at the edge of the channel, we have $y_p$=152 m (i.e. 500 ft, half channel width). For the downstream point Q located at $y_q = 926$ m (i.e. 0.5 nautical miles from the track line), we obtained $H_q = 0.24$ m (about 0.8 feet). Due to simplifications in modeling and the resolution limited by available computing resources, the predicted wave height at point Q could be underestimated. However, since the wave height is ultimately limited by the water depth, as a conservative approach, we can estimate the upbound of the wave height for wave propagation in finite water depth using the wave-breaking criterion, regardless of how accurate the wave generation of Maersk Idaho is computed.

## Estimate of Maximum Possible Height of Maersk Idaho Generated Waves

From the theory of wave propagation in finite depth, it is generally known from the so-called McCowan's criterion (Hardisty and Laver 1989) that a wave cannot maintain its form and will break once the wave height reaches the maximum value of $d/1.3$. When wave breaking occurs, the wave's energy is dissipated, and its height is largely reduced in the propagation. The wave breaking criterion also indicates that the maximum wave height that a non-breaking wave can reach is $(H)_{max} \leq d/1.3$, where $d$ is the local water depth.

Using the wave-breaking criterion, we can estimate the maximum wave height that can possibly exist in the shallow water wake of Maersk Idaho. We have the maximum possible height of a non-breaking wave at point P (at the edge of the channel)

$$(H_p)_{max} \leq \frac{d}{1.3} = 1.64 \text{ m (i.e. 5.4 feet)}.$$

From equation (1), the maximum possible wave height at point Q (at 0.5 nautical miles from the track line) is obtained to be:

$$(H_q)_{max} = 0.41 \, (H_p)_{max} \leq 0.67 \text{ m (i.e. 2.2 feet)}.$$



Figure 1. Wake half angle as a function of Froude number $F_d$ (Tunaley 2014).



Figure 2: A schematic diagram of the half wake of Maersk Idaho advancing on the Houston ship channel. The wake is symmetric about the track line. $y_p$=152 m (500 ft) and $y_q = 926$ m (0.5 nautical miles). Note that the coordinates $y_p$ and $y_q$ are not drawn to scale.

Drs. Dick K.P. Yue and Yuming Liu are compensated at the rates of $750/hour and $300/hour, respectively.

*Dick Yue*

Dick K.P. Yue
December 1, 2020

*Yuming Liu*

Yuming Liu
December 1, 2020

## References

Hardisty, J. and Laver, A.F., 1989, "Breaking waves on a macrotidal barred beach: A test of McCowan's criteria," Journal of Coastal Research, 5(1), pp. 79-82.

Havelock, T. H., 1908, "The Propagation of Groups of Waves in Dispersive Media, With Application to Waves on Water Produced by a Travelling Distance," Proc. R. Soc. London, Ser. A, 81, pp. 398–430.

Kriebel, D., Seelig, W. and Judge, C., 2003, "Development of a Unified Description of Ship-Generated waves", PIANC USA Annual Meeting, Portland, Oregon, October 28-30.

Tunaley, J. K. E., 2014, "Ship Waves in Shallow Waters", Technical Report, London Research and Development Corporation, Ottawa, Canada, June 24, 2014.

Ursell, F., 1960, "On Kelvin's Ship-Wave Pattern," J. Fluid Mech., 8, pp. 418–431.

*CURRICULUM VITAE*
**DICK K.P. YUE**
Center of Ocean Engineering, Department of Mechanical Engineering, Room 5-321, (617) 253-6823
Massachusetts Institute of Technology
Cambridge, Massachusetts 02139
E-mail: *yue@mit.edu*
http://www.mit.edu/~yue/

<u>EXPERIENCE</u>
**Massachusetts Institute of Technology**, Cambridge, MA (January, 1983 - present).
*Philip J. Solondz Professor of Engineering.*
*Professor of Mechanical and Ocean Engineering, tenured.*
*Head, Ocean Science & Technology Area, Department of Mechanical Engineering*
Research and teaching in marine fluid mechanics and ocean engineering. *Director*, Vortical Flow Research
 Laboratory. *Associate Director*, Ocean Engineering Testing Tank Facility.
*Associate Dean of Engineering* (September 1999 – December 2007*)*. Number two person in the Office of the
 Dean of Engineering overseeing the School and in charge of education. Originator of the *MIT*
 *OpenCourseWare (OCW).* Founding Faculty Director, School of Engineering *Professional Education*
 *Programs*; Founding Faculty Director, School of Engineering *Undergraduate Practice Opportunities*
 *Program (UPOP).*
**Ship Hydrodynamics Division, Science Applications, Inc.**, La Jolla, CA (September, 1980 - January, 1983).
 *Senior Research Scientist*.

<u>EDUCATION</u>
**Sc.D./Ph.D. in Civil Engineering, M.I.T.**, January, 1980.  Theoretical and computational wave
 hydrodynamics.
**S.M. in Civil Engineering, M.I.T.**, September, 1976.  Coastal engineering and wave hydromechanics.
**S.B. in Civil Engineering, M.I.T.**, May, 1974.  Structural and continuum mechanics.

<u>AWARDS, HONORS & MEMBERSHIP</u>
Member, National Academy of Engineering, 2020-
Georg Weinblum Memorial Lecturer, 2015-2016.
Skolkovo Foundation Chair Professorship of Mechanical Engineering, 2014 – 2016.
Visiting Professor, Shanghai Jiao Tung University, Shanghai, China, 2014.
Visiting Professor, TU Deft, the Netherlands, 2013.
Peachman Distinguished Lecturer, University of Michigan, Ann Arbor, 2009.
Gordon Y. Billard Award for Special Service of Outstanding Merit to MIT, 2008.
Philip J. Solondz Chair Professorship of Engineering, 2007 – present.
MIT Class of 1960 Fellow for Innovation in Education, 2006-2008.
Fellow Visiting Professor, Norwegian University of Science & Technology, 2002 – present.
Visiting Professor, Stanford University, 1996-1997.
Visiting Professor, National Taiwan University, 1996-1997.
Visiting Scientist, Academia Sinica, 1996-1997.
ABS J.Linnard Prize for best paper in the Transactions of SNAME, 1996.
Visiting Professor, National Technical University of Athens, 1995.
Guest Investigator, Woods Hole Oceanographic Institution, 1993-present.
Visiting Associate Professor, Scripps Institute of Oceanography, 1989-1990.
Japanese Government Foreign Specialist Research Award, 1987.
Henry L. Doherty Chair Professorship, 1984-1986.
Arthur T. Ippen Fellow, 1976.
Life Member – American Physical Society; Society of Naval Architects and Marine Engineers (SNAME).
Member – American Society of Mechanical Engineers (ASME);  American Society for Engineering
 Education (ASEE); Sigma Xi, Tau Beta Pi.

PATENTS & DISCLOSURES

1. U.S. Full Patent – Patent No. 15/568,427 & Singapore Full Patent – Patent No. 11201708501T "Device and Method for Analyzing Cell Motility." (Previously: U.S. Provisional Patent No. 62/151,530 & PCT Patent No. PCT/SG2016/05091, filed Nov 2017).

BOOK PUBLICATION

1. "Theory and Applications of Ocean Surface Waves," World Scientific, 2 Volumes. (2005; 2018) (with Mei, C.C., Stiassnie, M.)

SELECT PUBLICATIONS IN INTERNATIONAL REFEREED JOURNALS

1. "A hybrid element method for diffraction of water waves by three-dimensional bodies," *International Journal for Numerical Methods in Engineering*, **12**: 245-266 (1978) (with Chen, H.S., Mei, C.C.).

2. "Some properties of a hybrid element method for water waves," *International Journal for Numerical Methods in Engineering*, **14**: 1627-1641 (1979) (with Aranha, J.A., Mei, C.C.).

3. "Forward diffraction of Stokes waves by a thin wedge," *Journal of Fluid Mechanics*, **99**: 33-52 (1980) (with Mei, C.C.).

4. "A note on the singularity of an inner problem for head sea diffraction by a slender body," *Journal of Fluid Mechanics*, **109**: 253-256 (1981) (with Mei, C.C.).

5. "Nonlinear waves near a cut-off frequency in an acoustic duct - a numerical study," *Journal of Fluid Mechanics*, **121**: 465-485 (1982) (with Aranha, J.A., Mei, C.C.).

6. "Nonlinear focusing of surface waves by a lens -- theory and experiment," *Journal of Fluid Mechanics*, **135**: 71-94 (1983) (with Stamnes, J.J., et al).

7. "Interactions among multiple three-dimensional bodies in water waves: an exact algebraic method," *Journal of Fluid Mechanics*, **166**: 189-209 (1986) (with Kagemoto, H.).

8. "Impact damage of the Challenger crew compartment," *Journal of Spacecraft and Rockets*, **23**: 646-654 (1986) (with Wierzbicki, T.).

9. "Numerical simulations of nonlinear axisymmetric flows with a free surface," *Journal of Fluid Mechanics*, **178**: 195-219 (1987) (with Dommermuth, D.G.).

10. "Wave-induced motions of multiple floating bodies," *Journal of the Society of Naval Architects of Japan*, **2-8**: 159-165 (1987) (with Kagemoto, H.).

11. "A high-order spectral method for the study of nonlinear gravity waves," *Journal of Fluid Mechanics*, **184**: 267-288 (1987) (with Dommermuth, D.G.).

12. "Numerical calculation of nonlinear axisymmetric standing waves in a circular basin," *Physics of Fluids*, **A30**: 3441-3447 (1987) (with Tsai, W.).

13. "Deep-water plunging breakers: a comparison between potential theory and experiments," *Journal of Fluid Mechanics*, **198**: 423-442 (1988) (with Dommermuth, D.G., et al).

14. "Slowly-varying wave drift forces in short-crested irregular seas," *Applied Ocean Research*, **11**: 2-18 (1989) (with Kim, M.H.).

15. "The complete second-order diffraction solution for an axisymmetric body. Part 1. Monochromatic incident waves," *Journal of Fluid Mechanics*, **200**: 235-264 (1989) (with Kim, M.H.).

16. "Computer-assisted teaching of marine hydrodynamics," *International Journal of Computers and Education*, **13**: 279-303 (1989) (with Denson, L.A.).

17. "The complete second-order diffraction solution for an axisymmetric body. Part 2. Bichromatic incident waves and body motions," *Journal of Fluid Mechanics*, **211**: 557-593 (1990) (with Kim, M.H.).

18. "Resonantly excited regular and chaotic motions in a rectangular wave tank," _Journal of Fluid Mechanics_, **216**: 343-380 (1990) (with Tsai, W., Yip, K.M.K.).

19. "Sum- and difference-frequency wave loads on a body in unidirectional Gaussian seas," _Journal of Ship Research_, **35**: 127-140 (1991) (with Kim, M.H.).

20. "Features of nonlinear interactions between a free surface and a shed vortex shear layer," _Physics of Fluids,_ **A3**, 2485-2488 (1991) (with Tsai, W.).

21. "A high-order spectral method for nonlinear wave-body interactions," _Journal of Fluid Mechanics_, **245**: 115-136 (1992) (with Liu, Y., Dommermuth, D.G.).

22. "Numerical simulation of the plunging wave impact," _Journal of the Kansai Society of Naval Architects of Japan_, **218**: 255-262 (in Japanese) (1992) (with Tanizawa, K.).

23. "Effects of wavelength ratio on wave-mode modeling," _Journal of Fluid Mechanics_, **248**: 107-127 (1993) (with Zhang, J., Hong, K.).

24. "On the solution near the critical frequency for an oscillating and translating body in or near a free surface," _Journal of Fluid Mechanics_, **254**: 251-266 (1993) (with Liu, Y.).

25. "Hydrodynamic interaction analyses of very large floating structures," _Journal of Marine Structures_, **6**: 295-322 (1993) (with Kagemoto, H.).

26. "First- and second-order responses of a floating toroidal structure in long-crested irregular seas," _Applied Ocean Research_, **15**: 155-167 (1993) (with Liu, Y. & Kim, M.H.).

27. "Interactions between a free surface and a vortex sheet shed in the wake of a surface-piercing plate," _Journal of Fluid Mechanics_, **257**: 691-721 (1993) (with Tsai, W.).

28. "Damping amplification in highly extensible hysteretic cables," _Journal of Sound & Vibration_, **186**: 355-368 (1995) (with Triantafyllou, M.S.).

29. "Effects of soluble and insoluble surfactant on laminar interactions of vortical flows with a free surface," _Journal of Fluid Mechanics_, **289**: 315-349 (1995) (with Tsai, W.).

30. "On the time dependence of the wave resistance of a body accelerating from rest," _Journal of Fluid Mechanics_, **310**: 337-363 (1996) (with Liu, Y.).

31. "Computation of nonlinear free-surface flows," _Annual Review of Fluid Mechanics_, 28: 249-78 (1996) (with Tsai, W.).

32. "Computational study of breaking wave impact on a wall," _Journal of Fluid Mechanics_, **327**: 221-254 (1996) (with Zhang, S., Tanizawa, K.).

33. "A new paradigm of propulsion and maneuvering for marine vehicles," _Transactions of the Society of Naval Architecture and Marine Engineers_, **104** (1996) (with Triantafyllou, M.S. et al).

34. "On generalized Bragg scattering of surface waves by bottom ripples," _Journal of Fluid Mechanics_, **356**: 297-326 (1998) (with Liu, Y.).

35. "Nonlinear free-surface flow due to an impulsively-started submerged point sink," _Journal of Fluid Mechanics_, **364**: 325-347 (1998) (with Xue, M.).

36. "The mechanics of highly-extensible cables," _Journal of Sound & Vibration_, **213**: 709-737 (1998) (with Tjavaras, A.A. et al).

37. "Mechanics of nonlinear short-wave generation by a moored near-surface buoy," _Journal of Fluid Mechanics_, **381**: 305-335 (1999) (with Zhu, Q. et al).

38. "On the water impact of general two-dimensional sections," _Applied Ocean Research_, **21**: 1-15 (1999) (with Mei, X. et al).

39. "Nonlinear radiated and diffracted waves due to the motions of a submerged circular cylinder," _Journal of Fluid Mechanics_, **382**: 263-282 (1999) (with Liu, Y. et al).

40. "The mechanism of vortex connection at a free surface," _Journal of Fluid Mechanics_, **384**: 207-241 (1999) (with Zhang, C. et al).

41. "The surface layer for free-surface turbulent flows," _Journal of Fluid Mechanics_, **386**: 167-212 (1999) (with Shen, L. et al).

42. "Near-body flow dynamics in swimming fish," _Journal of Experimental Biology_, **202**: 2303-2327 (1999) (with Wolfgang, M. et al).

43. "Drag reduction in fish-like locomotion," _Journal of Fluid Mechanics_, **392**: 183-212 (1999) (with Barrett, D. et al).

44. "Visualization of complex near-body transport processes in flexible-body propulsion," _Journal of Visualization_, **2**(2): 111-204 (1999) (with Wolfgang, M. et al).

45. "Hydrodynamics of fish-like swimming," _Annual Review of Fluid Mechanics_, **32**: 33-53 (2000) (with Triantafyllou, M.S. et al).

46. "Asymptotic analysis of wave propagation along weakly non-uniform repetitive systems," _Journal of Sound & Vibration_, **229**: 21-64 (2000) (with Burr, K., Triantafyllou, M.).

47. "Turbulent diffusion near a free surface," _Journal of Fluid Mechanics_, **407**: 145-166 (2000) (with Shen, L. et al).

48. "Force and power estimation in fish-like locomotion using a vortex-lattice method," _Journal of Fluids Engineering_, **166**: 189-209 (2000) (with Kagemoto, H. et al).

49. "Asymptotic governing equation for wave propagation along weakly non-uniform Euler-Bernoulli beams," _Journal of Sound & Vibration_, **247**: 577-613 (2001) (with Burr, K., Triantafyllou, M.).

50. "Computations of fully-nonlinear three-dimensional wave-wave and wave-body interactions – part I: dynamics of steep three-dimensional waves," _Journal of Fluid Mechanics_, **438**: 11-39 (2001) (with Xue, M. et al).

51. "Computations of fully-nonlinear three-dimensional wave-wave and wave-body interactions – part II: nonlinear waves and forces on a body," _Journal of Fluid Mechanics_, **438**: 41-65 (2001) (with Liu, Y. et al).

52. "Mixing of a passive scalar near a free surface," _Physics of Fluids_, **13**: 913-926 (2001) (with Shen, L., Triantafyllou, G.).

53. "Large-eddy simulation of free-surface turbulence," _Journal of Fluid Mechanics_, **440**: 75-116 (2001) (with Shen, L.).

54. "Complex analysis of resonance conditions for coupled capillary and dilational waves," _Proceedings of the Royal Society London A_, **458**: 1167-1187 (2002) (with Brown, S.J. et al).

55. "Three-dimensional flow structures and vorticity control in fish-like swimming," _Journal of Fluid Mechanics_, **468**: 1-28 (2002) (with Zhu, Q. et al).

56. "Free-surface turbulent wake behind towed ship models – experimental measurements, stability analysis and direct numerical simulations," _Journal of Fluid Mechanics_, **469**: 89-120 (2002) (with Shen, L. et al).

57. "Vorticity control in fish-like propulsion and maneuvering," _Integrative & Comparative Biology_, **42**: 1026-1031 (2002) (with Triantafyllou, M. et al).

58. "Turbulent flow over a flexible wall undergoing a streamwise traveling wavy motion," _Journal of Fluid Mechanics_, **484**: 197-221 (2003) (with Shen, L. et al).

59. "Three-dimensional instability of standing waves," _Journal of Fluid Mechanics_, **496**: 213-242 (2003) (with Zhu, Q. et al).

60. "Effect of surfactants on free-surface turbulent flows," _Journal of Fluid Mechanics_, **506**: 79-115 (2004) (with Shen, L., Triantafyllou, G.).

61. "Review of Hydrodynamic Scaling Laws in Aquatic Locomotion and Fish-like Swimming," _Applied Mechanics Review_, **58**: 226-237 (2005) (with Triantafyllou, M. et al).

62. "Numerical dispersion and damping on steady waves with forward speed," _Applied Ocean Research_, **27**: 107-125 (2005) (with Kim, Y., Connell, B.).

63. "A note on stabilizing the Benjamin-Feir instability," _Journal of Fluid Mechanics_, **556**: 45-54 (2006) (with Wu, G., Liu, Y.).

64. "Three-dimensional effects in flow around two tandem cylinders," _Journal of Fluid Mechanics_, **558**: 387-413 (2006) (with Papaioannou, G.V. et al).

65. "Evidence of holes in the Arnold tongues in flow past two oscillating cylinders," _Physical Review Letters_, **96** #014501 (2006) (with Papaioannou, G.V. et al).

66. "Using computer simulations to help understand flow statistics and structures at the air-ocean interface," _Oceanography_, **19**, 52-63 (2006) (with Shen, L.).

67. "Direct numerical simulation of single-molecule DNA by cable dynamics." _IEEE/ASME Journal of MicroElectroMechanical Systems (JMEMS)_, **15**:1078-1087 (2006) (with Zhu, Q. et al).  Also, _Proc. 7th International Conference on Miniaturized Chemical and BioChemical Analysis Systems (µTAS)_, Squaw Valley, California. (2006) (with Zhu, Q. et al).

68. "Dynamics of a three-dimensional oscillating foil near the free surface," _AIAA Journal_, **44**:2997-3009 (2006) (with Zhu, Q. & Liu, Y.)

69. "The coupled boundary layers and air-sea transfer experiment in low winds," _Bulletin of the American Meteorological Society_, **88** (3): 341-356 (2007) (with Edson, J. et al).

70. "Deterministic and stochastic predictions of motion dynamics of cylindrical mines falling through water," _IEEE Journal of Ocean Engineering_, **32**:21-33 (2007) (with Mann, J. et al).

71. "Flapping dynamics of a flag in a uniform stream," _Journal of Fluid Mechanics_, **581**: 33-67 (2007) (with Connell, B.).

72. "Resonant interactions between Kelvin ship waves and ambient waves," _Journal of Fluid Mechanics_, **597**: 171-197 (2008) (with Zhu, Q. & Liu, Y.).

73. "On the effect of spacing on the vortex-induced vibrations of two tandem cylinders," _Journal of Fluids & Structures_, **24**: 833-854 (2008) (with Papaioannou, G. et al).

74. "Bragg resonance of waves in a two-layer fluid propagating over bottom ripples.  Part I. Perturbation analysis," _Journal of Fluid Mechanics_, , **624**: 191-224 (2009) (with Alam, R. & Liu, Y.).

75. "Bragg resonance of waves in a two-layer fluid propagating over bottom ripples.  Part II. Numerical simulation," _Journal of Fluid Mechanics_, **624**: 225-253 (2009) (with Alam, R. & Liu, Y.).

76. "Waves due to an oscillating and translating disturbance in a two-layer density stratified fluid," _Journal of Engineering Mathematics_, **65**: 179-200 (2009) (with Alam, R. & Liu, Y.).

77. "Investigation of coupled air-water turbulent boundary layers using direct numerical simulations," _Physics of Fluids_ , **21**: 062108:1-19 (2009)  (with Liu, S. et al).

78. "Cavity dynamics in water entry at low Froude numbers," _Journal of Fluid Mechanics_, **641**: 441-461 (2009) (with Yan, H. et at).

79. "Fully-nonlinear computation of water surface impact of axisymmetric bodies," _New Trends in Fluid Mechanics Research_ , **5**: 292-295 (2009 (with Yan, H. & Liu, Y).

80. "Oblique sub- and super-harmonic Bragg resonance of surface waves by bottom ripples," _Journal of Fluid Mechanics_, **643**: 437-447 (2010) (with Alam, R. & Liu, Y.).

81. "Conservative Volume-of-Fluid Method for Free-Surface Simulations on Cartesian Grids," _Journal of Computational Physics_, **229**: 2853-2865 (2010). (with Weymouth, G.).

82. "Hydrodynamics of cell-cell mechanical signaling in the initial stages of aggregation," _Physical Review E_, **81**: 041920-1:16  (2010). (with Bouffanais, R.).  Also selected to appear in:  _Virtual Journal of Nanoscale Science & Technology_, **21** (19) (2010); and _Virtual Journal of Biological Physics Research_, **19**, (9) (2010).

83. "Hydrodynamic object recognition using pressure sensing," _Proceedings of the Royal Society London A_, **467**: 19-38 (2011) (with Bouffanais, R. & Weymouth, G.).

84. "Transport of passive scalar in turbulent shear flow under a clean or surfactant-contaminated free surface," _Journal of Fluid Mechanics_, **670**: 527-557 (2011) (with Khakpour, H.R. & Shen, L.).

85. "Resonant wave signature of an oscillating and translating disturbance in a two-layer density stratified fluid," _Journal of Fluid Mechanics_, **675**: 477–494 (2011) (with Alam, R. & Liu, Y.).

86. "Boundary Data Immersion Method for Cartesian-Grid Simulations of Fluid-Body Interaction Problems," _Journal of Computational Physics_, **230**: 6233-6247 (2011) (with Weymouth, G.).

87. "A model for the probability density function of downwelling irradiance under ocean waves," _Optics Express_, **19**: 17528–17538 (2011).  Also, _Virtual Journal for Biomedical Optics (VJBO)_, **6** (9) (2011) (with Shen, M. & Xu, Z.)

88.  "Attenuation of short surface waves by the sea floor via nonlinear sub-harmonic interaction," _Journal of Fluid Mechanics_, **689**: 529–540 (2011) (with Alam, R. & Liu, Y.).

89.  "Recent advances in the study of optical variability in the near-surface and upper ocean," _Journal of Geophysical Research, Oceans_, **116**: (2011) (with Dickey, T. et al).

90. "Patterns and statistics of in-water polarization under conditions of linear and nonlinear ocean surface waves," _Journal of Geophysical Research, Oceans_, **116**: (2011) (with Xu, Z. et al).

91. "Radiative transfer in ocean turbulence and its effect on underwater light field," _Journal of Geophysical Research, Oceans_, **116**: (2011) (with Xu, Z. et al).

92. "Boundary-element method for the prediction of performance of flapping foils with leading edge separation," _Journal of Fluid Mechanics_, **698**: 446–467 (2012) (with Pan, Y. et al).

93. "Optimal shape and motion of undulatory swimming organisms," _Proceedings of the Royal Society London B_, **279**:3065-3074 (2012) (with Tokić, G.).

94.  "Air entrainment and multiphase turbulence in the bubbly wake of a transom stern," _International Shipbuilding Progress_, **60**:375-401 (2013) (with Hendrickson, K. et al).

95. "Rogue wave occurrence and dynamics by direct simulations of nonlinear wavefield evolution," _Journal of Fluid Mechanics_, **720**: 357-392 (2013) (with Xiao, W. et al).

96. "Physical limits on cellular directional mechanosensing," _Physical Review E_, 87, **5** (2013) (with Bouffanais, R. & Sun, J.).

97. "SPH for incompressible free-surface flows. Part I: Error analysis of the basic assumptions," _Computers & Fluids_, **86**: 611-624 (2013) (with Kiara, A. & Hendrickson, K.).

98. "SPH for incompressible free-surface flows. Part II: Performance of a modified SPH method," _Computers & Fluids_, **86**: 510-536 (2013) (with Kiara, A. & Hendrickson, K.).

99. "Monte Carlo radiative transfer simulation for the near ocean surface high-resolution downwelling irradiance statistics", _Journal of Optical Engineering_, **53** (5) (2014) (with Xu, Z.).

100. "Persistent cellular motion control and trapping using mechanotactic signaling," _PLOS ONE_, **9**(9) (2014) (with Zhu, X. & Bouffanais, R.).

101. "Directional mechanosensing of amoeboid cells," _Biophysics Journal_, **106** (176a-177a) (2014) (with Zhu, X. & Bouffanais, R.).

102. "Direct numerical investigation of turbulence of capillary waves," _Physical Review Letters_, **113** (2014) (with Pan, Y.)

103. "Interplay between motility and cell-substratum adhesion in amoeboid cells," _Biomicrofluidics,_ **9(5)**, 054112 (2015) (with Zhu, X. & Bouffanais, R.)

104. "Analytical solution of beam spread function for ocean light radiative transfer," _Optics Express_, **23,** 17966-17978 (2015) (with Xu, Z.)

105. "Efficiency of Fish Propulsion," _Bioinspiration & Biomimetics_, **10**, (2015) (with Maertens, A. & Triantafyllou, M.S.)

106. "Decaying capillary wave turbulence under broad-scale," _Journal of Fluid Mechanics_, **780**: 357-392 (2015) (with Pan, Y.).

107. "Three-dimensional effects on flag flapping dynamics," _Journal of Fluid Mechanics_, **783**: 103-136 (2015) (with Banerjee, S., Connell, B.).

108. "Interplay between motility and cell-substratum adhesion in amoeboid cells," _Biomicrofluidics_, **9**, 054112 (2015) (with Zhu, X. & Bouffanais, R.)

109. "Phase-resolved wave-field simulation calibration of sea surface reconstruction using non-coherent marine radar," _Journal of Atmospheric and Oceanic Technology_, **33**, 1135-1149 (2016) (with Qi, Y. & Xiao, W.)

110. "Numerical investigation of the water entry of cylinders without and with spin," _Journal of Fluid Mechanics_, **814**: 131-164 (2017) (with Kiara, A., Paredes, R.).

111. "Understanding discrete capillary-wave turbulence using a quasi-resonant kinetic equation," _Journal of Fluid Mechanics_, **816**: R1, 1-11 (2017) (with Pan, Y.).

112. "Swarm-Enabling Technology for Multi-Robot Systems," _Frontiers in Robotics and AI,_ **4:12,** (2017) (with Chamanbaz, M., et al).

113. "Distributed system of autonomous buoys for scalable deployment and monitoring of large waterbodies," _Autonomous Robots_, **42(8)**: 1669-1689 (2018) (with Zoss, B. et al).

114. "Predictable zone for phase-resolved reconstruction and forecast of irregular waves," _Wave Motion_, **77**: 195-213 (2018) (with Qi, Y., et al).

115. "Nonlinear phase-resolved reconstruction of irregular water waves," _Journal of Fluid Mechanics_, **838**: 544-572 (2018) (with Qi, Y., et al).

116. "Modeling variation coefficient of wave-induced underwater irradiance for clear ocean and its application to find the optimal detector size," _Applied Optics_, **57**(17), 4785-4794 (2018) (with Xu, Z.).

117. "On high-order perturbation expansion for the study of long-short wave interactions," _Journal of Fluid Mechanics_, **846**: 902-915 (2018) (with Pan, Y. & Liu, Y.).

118. "A space-time integral minimization method for the reconstruction of velocity fields from measured scalar fields," _Journal of Fluid Mechanics_, **854**: 348-366 (2018) (with Gillissen, J. et al).

119. "Hydrodynamics of periodic wave energy converter arrays," _Journal of Fluid Mechanics_, **862**: 34-74 (2019) (with Tokić, G.).

120. "Structures and Mechanisms of Air-Entraining Quasi-Steady Breaking Ship Waves," _Journal of Ship Research_, **63(2)**: (2019) (with Hendrickson, K.).

121. "From solar cells to ocean buoys: Wide-bandwidth limits to absorption by metaparticle arrays," _Physical Review Applied,_ **11**: 304033 (2019) (with Benzaouia, B. et al).

122. "A fast multi-layer boundary element method for direct numerical simulation of sound propagation in shallow water environments," _Journal of Computational Physics_, **392**: 694-712 (2019) (with Li, C. et al).

123. "Wake behind a three-dimensional dry transom stern. Part 1: Flow structure and large-scale air entrainment," _Journal of Fluid Mechanics_, **875**: 854-883 (cover article) (2019) (with Hendrickson, K. et al).

124. "Wake behind a three-dimensional dry transom stern. Part 2: Analysis and modeling of incompressible highly-variable density turbulence," _Journal of Fluid Mechanics_, **875**: 884-913 (2019) (with Hendrickson, K.).

125. "Data assimilation method to de-noise and de-filter particle image velocimetry data," _Journal of Fluid Mechanics_, **877**: 196-213 (2019) (with Gillissen, J. & Bouffanais, R.).

126. "Numerical Investigation of Shear-Flow Free-surface Turbulence and Air Entrainment at Large Froude and Weber Numbers," _Journal of Fluid Mechanics_, **880**: 209-238 (2019) (with Yu, X. et al).

127. "Energetics of optimal undulatory swimming organisms," _PLOS Computational Biology_, **15**(10): e1007387. https://doi.org/10.1371/journal.pcbi.1007387 (2019) (with Tokić, G.).

128. "Scale separation and dependence of entrainment bubble size distribution in free-surface turbulence," _Journal of Fluid Mechanics ─ Rapids_, **885:** R2. (2019) (with Yu, X. & Hendrickson, K.).

129. "Informed Component Label Algorithm for Robust Identification of Connected Components with Volume-of-Fluid Method," _Computers & Fluids_, **197** (2020) (with Hendrickson, K. & Weymouth, D.).

# DICK K.P. YUE

<u>BOOK PUBLICATION</u>

1.  "Theory and Applications of Ocean Surface Waves," World Scientific, 2 Volumes. (2018) (with Mei, C.C., Stiassnie, M.)

<u>PUBLICATIONS IN INTERNATIONAL REFEREED JOURNALS IN LAST TEN YEARS</u>

1.  "Oblique sub- and super-harmonic Bragg resonance of surface waves by bottom ripples," *<u>Journal of Fluid Mechanics</u>*, **643**: 437-447 (2010) (with Alam, R. & Liu, Y.).

2.  "Conservative Volume-of-Fluid Method for Free-Surface Simulations on Cartesian Grids," *<u>Journal of Computational Physics</u>*, **229**: 2853-2865 (2010). (with Weymouth, G.).

3.  "Hydrodynamics of cell-cell mechanical signaling in the initial stages of aggregation," *<u>Physical Review E</u>*, **81**: 041920-1:16  (2010). (with Bouffanais, R.).   Also selected to appear in:  *<u>Virtual Journal of Nanoscale Science & Technology</u>*, **21** (19) (2010); and *<u>Virtual Journal of Biological Physics Research</u>*, **19**, (9) (2010).

4.  "Hydrodynamic object recognition using pressure sensing," *<u>Proceedings of the Royal Society London A</u>*, **467**: 19-38 (2011) (with Bouffanais, R. & Weymouth, G.).

5.  "Transport of passive scalar in turbulent shear flow under a clean or surfactant-contaminated free surface," *<u>Journal of Fluid Mechanics</u>*, **670**: 527-557 (2011) (with Khakpour, H.R. & Shen, L.).

6.  "Resonant wave signature of an oscillating and translating disturbance in a two-layer density stratified fluid," *<u>Journal of Fluid Mechanics</u>*, **675**: 477–494 (2011) (with Alam, R. & Liu, Y.).

7.  "Boundary Data Immersion Method for Cartesian-Grid Simulations of Fluid-Body Interaction Problems," *<u>Journal of Computational Physics</u>*, **230**: 6233-6247 (2011) (with Weymouth, G.).

8.  "A model for the probability density function of downwelling irradiance under ocean waves," *<u>Optics Express</u>*, **19**: 17528–17538 (2011).  Also, *<u>Virtual Journal for Biomedical Optics (VJBO)</u>*, **6** (9) (2011) (with Shen, M. & Xu, Z.)

9.  "Attenuation of short surface waves by the sea floor via nonlinear sub-harmonic interaction," *<u>Journal of Fluid Mechanics</u>*, **689**: 529–540 (2011) (with Alam, R. & Liu, Y.).

10.  "Recent advances in the study of optical variability in the near-surface and upper ocean," *<u>Journal of Geophysical Research, Oceans</u>*, **116**: (2011) (with Dickey, T. et al).

11.  "Patterns and statistics of in-water polarization under conditions of linear and nonlinear ocean surface waves," *<u>Journal of Geophysical Research, Oceans</u>*, **116**: (2011) (with Xu, Z. et al).

12.  "Radiative transfer in ocean turbulence and its effect on underwater light field," *<u>Journal of Geophysical Research, Oceans</u>*, **116**: (2011) (with Xu, Z. et al).

13.  "Boundary-element method for the prediction of performance of flapping foils with leading edge separation," *<u>Journal of Fluid Mechanics</u>*, **698**: 446–467 (2012) (with Pan, Y. et al).

14.  "Optimal shape and motion of undulatory swimming organisms," *<u>Proceedings of the Royal Society London B</u>*, **279**:3065-3074 (2012) (with Tokić, G.).

15.  "Air entrainment and multiphase turbulence in the bubbly wake of a transom stern," *<u>International Shipbuilding Progress</u>*, **60**:375-401 (2013) (with Hendrickson, K. et al.).

16.  "Rogue wave occurrence and dynamics by direct simulations of nonlinear wavefield evolution," *<u>Journal of Fluid Mechanics</u>*, **720**: 357-392 (2013) (with Xiao, W. et al).

17.  "Physical limits on cellular directional mechanosensing," *<u>Physical Review E</u>*, 87**, 5** (2013) (with Bouffanais, R. & Sun, J.).

18.  "SPH for incompressible free-surface flows. Part I: Error analysis of the basic assumptions," *<u>Computers & Fluids</u>*, **86**: 611-624 (2013) (with Kiara, A. & Hendrickson, K.).

19. "SPH for incompressible free-surface flows. Part II: Performance of a modified SPH method," _Computers & Fluids_, **86**: 510-536 (2013) (with Kiara, A. & Hendrickson, K.).

20. "Monte Carlo radiative transfer simulation for the near ocean surface high-resolution downwelling irradiance statistics", _Journal of Optical Engineering,_ **53** (5) (2014) (with Xu, Z.).

21. "Persistent cellular motion control and trapping using mechanotactic signaling," _PLOS ONE,_ **9(9)** (2014) (with Zhu, X. & Bouffanais, R.).

22. "Directional mechanosensing of amoeboid cells," _Biophysics Journal,_ **106 (**176a-177a) (2014) (with Zhu, X. & Bouffanais, R.).

23. "Direct numerical investigation of turbulence of capillary waves," _Physical Review Letters_, **113** (2014) (with Pan, Y.)

24. "Interplay between motility and cell-substratum adhesion in amoeboid cells," _Biomicrofluidics_, **9(5),** 054112 (2015) (with Zhu, X. & Bouffanais, R.)

25. "Analytical solution of beam spread function for ocean light radiative transfer," _Optics Express_, **23,** 17966-17978 (2015) (with Xu, Z.)

26. "Efficiency of Fish Propulsion," _Bioinspiration & Biomimetics_, **10**, (2015) (with Maertens, A. & Triantafyllou, M.S.)

27. "Decaying capillary wave turbulence under broad-scale," _Journal of Fluid Mechanics_, **780**: 357-392 (2015) (with Pan, Y.).

28. "Three-dimensional effects on flag flapping dynamics," _Journal of Fluid Mechanics_, **783**: 103-136 (2015) (with Banerjee, S., Connell, B.).

29. "Interplay between motility and cell-substratum adhesion in amoeboid cells," _Biomicrofluidics_, **9**, 054112 (2015) (with Zhu, X. & Bouffanais, R.)

30. "Phase-resolved wave-field simulation calibration of sea surface reconstruction using non-coherent marine radar," _Journal of Atmospheric and Oceanic Technology_, **33**, 1135-1149 (2016) (with Qi, Y. & Xiao, W.)

31. "Numerical investigation of the water entry of cylinders without and with spin," _Journal of Fluid Mechanics_, **814**: 131-164 (2017) (with Kiara, A., Paredes, R.).

32. "Understanding discrete capillary-wave turbulence using a quasi-resonant kinetic equation," _Journal of Fluid Mechanics_, **816**: R1, 1-11 (2017) (with Pan, Y.).

33. "Swarm-Enabling Technology for Multi-Robot Systems," _Frontiers in Robotics and AI_, **4:12,** (2017) (with Chamanbaz, M., et al).

34. "Distributed system of autonomous buoys for scalable deployment and monitoring of large waterbodies," _Autonomous Robots_, **42(8):** 1669-1689 (2018) (with Zoss, B. et al).

35. "Predictable zone for phase-resolved reconstruction and forecast of irregular waves," _Wave Motion_, **77**: 195-213 (2018) (with Qi, Y., et al).

36. "Nonlinear phase-resolved reconstruction of irregular water waves," _Journal of Fluid Mechanics_, **838**: 544-572 (2018) (with Qi, Y., et al).

37. "Modeling variation coefficient of wave-induced underwater irradiance for clear ocean and its application to find the optimal detector size," _Applied Optics_, **57**(17), 4785-4794 (2018) (with Xu, Z.).

38. "On high-order perturbation expansion for the study of long-short wave interactions," _Journal of Fluid Mechanics_, **846**: 902-915 (2018) (with Pan, Y. & Liu, Y.).

39. "A space-time integral minimization method for the reconstruction of velocity fields from measured scalar fields," _Journal of Fluid Mechanics_, **854**: 348-366 (2018) (with Gillissen, J. et al).

40. "Hydrodynamics of periodic wave energy converter arrays," _Journal of Fluid Mechanics_, **862**: 34-74 (2019) (with Tokić, G.).

41.    "Structures and Mechanisms of Air-Entraining Quasi-Steady Breaking Ship Waves," _Journal of Ship Research_, **63(2)**: (2019) (with Hendrickson, K.).

42.    "From solar cells to ocean buoys: Wide-bandwidth limits to absorption by metaparticle arrays," _Physical Review Applied_, **11**: 304033 (2019) (with Benzaouia, B. et al).

43.    "A fast multi-layer boundary element method for direct numerical simulation of sound propagation in shallow water environments," _Journal of Computational Physics_, **392**: 694-712 (2019) (with Li, C. et al).

44.    "Wake behind a three-dimensional dry transom stern. Part 1: Flow structure and large-scale air entrainment," _Journal of Fluid Mechanics_, **875**: 854-883 (cover article) (2019) (with Hendrickson, K. et al).

45.    "Wake behind a three-dimensional dry transom stern. Part 2: Analysis and modeling of incompressible highly-variable density turbulence," _Journal of Fluid Mechanics_, **875**: 884-913 (2019) (with Hendrickson, K.).

46.    "Data assimilation method to de-noise and de-filter particle image velocimetry data," _Journal of Fluid Mechanics_, **877**: 196-213 (2019) (with Gillissen, J. & Bouffanais, R.).

47.    "Numerical Investigation of Shear-Flow Free-surface Turbulence and Air Entrainment at Large Froude and Weber Numbers," _Journal of Fluid Mechanics_, **880**: 209-238 (2019) (with Yu, X. et al).

48.    "Energetics of optimal undulatory swimming organisms," _PLOS Computational Biology_, **15**(10): e1007387. https://doi.org/10.1371/journal.pcbi.1007387 (2019) (with Tokić, G.).

49.    "Scale separation and dependence of entrainment bubble size distribution in free-surface turbulence," _Journal of Fluid Mechanics — Rapids_, **885**: R2. (2019) (with Yu, X. & Hendrickson, K.).

50.    "Informed Component Label Algorithm for Robust Identification of Connected Components with Volume-of-Fluid Method," _Computers & Fluids_, **197** (2020) (with Hendrickson, K. & Weymouth, D.).

List of D.K.P. Yue's Prior Testimony in Last Five Years

The M/V Dixie Vengeance case
Deposition date: January 18, 2019

*CURRICULUM VITAE*

**YUMING LIU**

Department of Mechanical Engineering, Center for Ocean Engineering
Room 5-326C, (617) 252-1647
Massachusetts Institute of Technology
Cambridge, Massachusetts 02139
E-mail: *yuming@mit.edu*

<u>EDUCATION</u>

**Ph.D. in Hydrodynamics, M.I.T.**, **1994**. Theoretical and computational wave hydrodynamics.

**S.M. in Coastal Engineering, University of Florida, 1988.** Estuary dynamics and sediment transport.

**S.B. in Civil Engineering, Hohai University, China, 1985**. Structural mechanics and coastal engineering.

<u>RESEARCH EXPERIENCE</u>

**Senior Research Scientist (5/2017 –present)**
**Principal Research Scientist and Senior Lecturer (7/99 – 4/2017); Research Scientist (1/96 -- 6/99)**
**Department of Mechanical Engineering, MIT**

(1) <u>Design and analysis of ships and marine structures</u>: Development and application of analysis and simulation tools for the design of advanced vehicles and offshore structures including modeling and computation of three-dimensional breaking waves, impact loads due to steep waves and water entry, fully-nonlinear hydrodynamic loads on large floating bodies, and large-amplitude motions of ships and aquaculture fishing cages in rough seas.

(2) <u>Prediction of ocean environments</u>: Development and application of a new generation of tools for prediction of large-scale nonlinear ocean surface wave-field evolution including interactions with currents, wind, and bottom topography. Development of advanced algorithms and computational tools for deterministic reconstruction and (short-time) forecasting of realistic ocean waves using phase-resolved wave simulations and sensed (point/whole-area) surface wave data. Modeling and prediction of resonant interactions of surface and internal waves with objects and sandy/muddy ocean bottom.

(3) <u>Hydrodynamics of multiphase flow in channels/pipelines</u>: Development and application of physics-based DNS/LES simulation capabilities for understanding and prediction of the hydrodynamics and regime transition of violent multiphase (gas/liquid/solid) flows in channels and pipes.

(4) <u>Ocean and musical acoustics</u>: Development of highly efficient computational tools for direct computation and prediction of underwater acoustics in complex nearshore ocean environments. Investigation of fundamental music acoustics of stringed instruments.

**Postdoctoral associate (6/94 -- 12/95)**
**Department of Ocean Engineering, MIT**

Prediction and analysis of surface-wave patterns above near-surface bodies for the detection of underwater objects using remote sensing; and stability analysis of a helical vortex filament under a free surface for the design of advanced propellers and marine structures.

<u>CONSULTANT TO</u>

Advanced Marine Technology (AMT), Cambridge, MA.
ChevronTexaco Corporation, Houston, TX.
ExxonMobil Upstream Research Company, Houston, TX.
ConocoPhlipps Inc., Houston, TX

## SELECT RELEVANT PUBLICATIONS IN REFEREED JOURNALS

1. Shen, M. and Liu, Y. 2020 Instability of finite-amplitude gravity-capillary progressive ring waves by an oscillating surface-piercing body. *Journal of Fluid Mechanics* **887**. A16.

2. Miao, S., Hendrickson, K. & Liu, Y. 2019 Slug generation processes in co-current turbulent gas/laminar-liquid flows in horizontal channels. *Journal of Fluid Mechanics* **860**. pp. 224-257

3. Li, C, Campbell, B, Liu, Y. & Yue, D.K.P. 2019 A fast multi-layer boundary element method for direct numerical simulation of sound propagation in shallow water environments. *Journal of Computational Physics* **392**, pp 694-712.

4. Shen, M. & Liu, Y. 2019 Subharmonic resonant interaction of gravity-capillary progressive axially symmetric wave with radial cross-wave. *Journal of Fluid Mechanics* **869**, pp. 439–467.

5. Peng, J., Tao, A., Liu, Y., Zheng, J., Zhang, J. and Wang, R. 2019 A laboratory study of class III Bragg resonance of gravity surface waves by periodic beds. *Physics of Fluids* **31**.

6. Li, C. & Liu, Y. 2018 On the weakly nonlinear seakeeping solution near the critical frequency. *Journal of Fluid Mechanics* **846**, pp. 999 -1022

7. Pan, Y., Liu, Y. and Yue, D.K.P. 2018 On high-order perturbation expansion for the study of longshort wave interactions. *Journal of Fluid Mechanics* **846**, pp. 902-915.

8. Qi, Y., Wu, G., Liu, Y., Kim, M.-H. and Yue, D. K.P. 2018 Nonlinear phase-resolved reconstruction of irregular water waves. *Journal of Fluid Mechanics* **838**, pp 544-572.

9. Qi, Y., Wu, G., Liu, Y. and Yue, D.K.P. 2018 Predictable zone for phase-resolved reconstruction and forecast of irregular waves. *Wave Motion* **77**, pp 195-213.

10. Miao, S., Hendrickson, K. & Liu, Y. 2017 Computation of three-dimensional multiphase flow dynamics by Fully-Coupled Immersed Flow (FCIF) solver. *Journal of Computational Physics* 350: 97-116. https://doi.org/10.1016/j.jcp.2017.08.042

11. Shen, M. & Liu, Y. 2017 Current effects on global motions of a floating platform in waves. *Ocean Systems Engineering*, Vol. 7, No. 2, pp 121-141. DOI : 10.12989/ose.2017.7.2.121

12. Zhang, W., Liu, Y., Ratilal, P., Cho, B. & Makris, N.C. 2017 Active nonlinear acoustic sensing of an object with sum or difference frequency fields. *Remote Sens.*, *9*(9), 954; doi: 10.3390/rs9090954

13. Campbell, B. & Liu, Y 2016 Nonlinear coupling of interfacial instabilities with resonant wave interactions in horizontal two-fluid plane Couette/Poiseuille flows: Numerical and Physical Observations. *Journal of Fluid Mechanics*, **809**: 438-479.

14. Campbell, B. & Liu, Y 2016 A nonlinear flow-transition criterion for the onset of slugging in horizontal channels and pipes. *Physics of Fluids*, **28**: 082103.

15. Miao, S. & Liu, Y. 2015 Wave pattern in the wake of an arbitrary moving surface pressure disturbance. *Physics of Fluids*, **27**: 122102.

16. Nia, H.T., Jain, A.D., Liu, Y., Alam, M.-R., Barnas, R. & Makris, N.C. 2015 The evolution of air resonance power efficiency in the violin and its ancestors. *Proc. R. Soc. A* **471**: 20140905.

17. Campbell, B. & Liu, Y. 2014 Sub-harmonic resonant wave interactions in the presence of a linear interfacial instability. *Physics of Fluids*, **26**: 082107.

2

18. Campbell, B. & Liu, Y. 2013 Nonlinear resonant interaction of interfacial waves in horizontal stratified channel flows. *Journal of Fluid Mechanics***, 717:** 612-642**.**

19. Xiao, W., Liu. Y., Wu, G. & Yue, D.K.P. 2013 Rogue wave occurrence and dynamics by direct simulations of nonlinear wavefield evolution. *Journal of Fluid Mechanics***, 720:** 357-392.

20. Dickey, T. …Liu, Y., … 2012 Introduction to special section on recent advances in the study of optical variability in the near-surface and upper ocean.  *Journal of Geophysical Research*, Vol 117, C00H20.

21. Yan, H. & Liu, Y. 2011a An efficient high-order boundary element method for nonlinear wave-wave and wave-body interactions. *Journal of Computational Physics* **230**, pp. 402-424.

22. Yan, H. & Liu, Y. 2011b Nonlinear computation of water impact of axisymmetric bodies. *Journal of Ship Research*, Vol. 55, No. 1, pp. 29-44.

23. Alam, M.-R., Liu, Y. and Yue, D.K.P. 2011a Nonlinear wave signature of and oscillating and translating disturbance in two-layer fluid. *Journal of Fluid Mechanics,* **675:** 477–494.

24. Alam, M.-R., Liu, Y. and Yue, D.K.P. 2011b Attenuation of short surface waves by the sea floor via nonlinear sub-harmonic interaction. *Journal of Fluid Mechanics,* **689:** 529–540.

25. Lavos, S., Mei, C. C. & Liu, Y. 2010 Oscillating water column at a coastal corner for wavepower extraction. *Applied Ocean Research*, Vol. 32, No. 3, pp 267-283.

26. Alam, M.-R., Liu, Y. and Yue, D.K.P. 2010 Oblique sub- and super-harmonic Bragg resonance of surface waves by bottom ripples. *Journal of Fluid Mechanics,* **643:** 437-447

27. Yan, H., Liu, Y., Kominiarczuk, J. & Yue, D.K.P. 2009 Cavity dynamics in water entry at low Froude numbers. *Journal of Fluid Mechanics,* **641:** 441-461.

28. Alam, M.-R., Liu, Y. & Yue, D.K.P. 2009a Bragg resonance of waves in a two-layer fluid propagating over bottom ripples. Part I. Perturbation analysis. *Journal of Fluid Mechanics,* **624:** 191-224.

29. Alam, M.-R., Liu, Y. & Yue, D.K.P. 2009b Bragg resonance of waves in a two-layer fluid propagating over bottom ripples. Part II. Numerical simulation. *Journal of Fluid Mechanics,* **624:** 225-253.

*30.* Alam, M.-R., Liu, Y. & Yue, D.K.P. 2009c Waves due to an oscillating and translating disturbance in a two-layer density stratified fluid. *Journal of Engineering Mathematics*, **65** (2): 179–201.

31. Zhu, Q., Liu, Y. & Yue, D.K.P. 2008 Resonant interaction of Kelvin ship waves and ambient waves. *Journal of Fluid Mechanics,* **597:** 171-197.

32. Mann, J., Liu, Y., Kim, Y. & Yue, D.K.P. 2007 Deterministic and stochastic predictions of motion dynamics of cylindrical mines falling through water. *IEEE Journal of Ocean Engineering*, No. **32** vol. **1**, 21-33.

33. Zhu, Q., Liu, Y. & Yue, D.K.P. 2006 Dynamics of a three-dimensional oscillating foil near the free surface, AIAA Journal., vol. **44** no. **12**, 2997-3009.

34. Wu, G. Liu, Y. & Yue, D.K.P. 2006 A note on stabilizing the Benjamin-Feir instability, *Journal of Fluid Mechanics,* **556:** 45-54.

35. Yan, H., Liu, Y., and Yue, D.K.P. 2006 An efficient computational method for nonlinear three-dimensional wave-wave and wave-body interactions, *Journal of Hydrodynamics*, Ser. B., Vol. **18** (13): 84-88.

36. Zhu, Q., Liu, Y. & Yue, D.K.P. 2003 Three-dimensional instabilities of standing waves. *Journal of Fluid Mechanics* **496**, 213-242.

37. Xue, M., Liu, Y. & Yue, D.K.P. 2001 Computations of fully-nonlinear three-dimensional wave-wave and wave-body interactions --- Part I: Dynamics of three-dimensional steep waves. *Journal of Fluid Mechanics* **438**, 11-39.

38. Liu, Y., Xue, M. & Yue, D.K.P. 2001 Computations of fully-nonlinear three-dimensional wave-wave and wave-body interactions --- Part II: Nonlinear wave force and runup on a body. *Journal of Fluid Mechanics* **438**, 41-66.

39. Liu, Y., Zhu, Q., Yue, D.K.P. 1999 Nonlinear radiated and diffracted waves due to the motions of a submerged circular cylinder. *Journal of Fluid Mechanics* **382**, 263-282.

40. Zhu, Q., Liu, Y., Yue, D.K.P. & Triantafyllou, M. S. 1999 Mechanics of nonlinear short-wave generation by a moored near-surface buoy. *Journal of Fluid Mechanics* **381**, 305-335.

41. Mei, X., Liu, Y. & Yue, D.K.P. 1999 On the impact of two-dimensional bodies. *Journal of Applied Ocean Research* **21**, 1-15.

42. Liu, Y. & Yue, D.K.P. 1998 On generalized Bragg scattering of surface waves by bottom ripples. *Journal of Fluid Mechanics* **356**, 297-356.

43. Tjavaras, A.A., Zhu, Q, Liu, Y., Yue, D.K.P. & Triantafyllou, M. S. 1998 The mechanics of highly-extensible cables. *Journal of Sound and Vibration* **213(4)**, 709-737.

44. Liu, Y. & Yue, D.K.P. 1996 On the time dependence of the wave resistance of a body accelerating from rest. *Journal of Fluid Mechanics* **310**, 337-363.

45. Liu, Y., Yue, D.K.P. & Kim, M.H. 1993 First- and second-order responses of a floating toroidal structure in long-crested irregular seas. *Applied Ocean Research* **15**, 155-167.

46. Liu, Y. & Yue, D.K.P. 1993 On the solution near the critical frequency for an oscillating and translating body in or near a free surface. *Journal of Fluid Mechanics* **254**, 251-266.

47. Liu, Y., Dommermuth, D.G. & Yue, D.K.P. 1992 A high-order spectral method for nonlinear wave-body interactions. *Journal of Fluid Mechanics* **245**, 115-136.

## SELECT PUBLICATIONS IN INTERNATIONAL REFEREED SYMPOSIA

1. Cheng, X. & Liu, Y. 2017. Resonant Waves in the Gap Between Two Ships by Fully-Nonlinear Simulation. *Proc. 32th International Workshop on Water Waves and Floating Bodies*, Dalian, China.

2. Shen, M. & Liu, Y. 2016. Instability of Axially-Symmetric Propagating Waves by a Vertically-Oscillating Sphere. *Proc. 31th International Workshop on Water Waves and Floating Bodies*, Plymouth, MI, USA

3. Shen, M. & Liu, Y. 2015. Instability of propagating waves by a vertically oscillating sphere. APS Div. of Fluid Dynamics, Boston, Nov.

4. Miao, S, Hendrickson, K., Liu, Y. & Subramani, H. 2015 Development of multiphase Navier-Stokes simulation capability for turbulent gas flow over laminar liquid for Cartesian grids. APS Div. of Fluid Dynamics, Boston, Nov.

5. Kiaro, A., Hendrickson, K. & Liu, Y. 2015 Effects of inclination and vorticity on interfacial flow dynamics in horizontal and inclined pipes. APS Div. of Fluid Dynamics, Boston, Nov.

6. Li, C. & Liu, Y. 2015 Fully-Nonlinear Simulation of the Hydrodynamics of a Floating Body in Surface Waves by a High-Order Boundary Element Method. *34th International Conference on Ocean, Offshore and Arctic Engineering (OMAE 2015),* St. John's, Newfoundland, Canada

7. Campbell, B., Hendrickson, K., Liu, Y. & Subramani, H. 2014 Direct Numerical Simulation of Interfacial Wave Generation in Turbulent Gas-Liquid Flows in Horizontal Channels. APS Div. of Fluid Dynamics, San Francisco, Nov.

8. Liu, Y. & Yue, D.K.P. 2014 Large-Scale Phase-Resolved Wave-Field Reconstruction and Forecasting, *Proceedings of the DoD HPCMP Users Group Conference 2014.*

9. Campbell, B., Hendrickson, K., Liu, Y. & Subramani, H. 2014 Direct Numerical Simulation of Interfacial Wave Generation in Turbulent Gas-Liquid Flows in Horizontal Channels. APS Div. of Fluid Dynamics, San Francisco, Nov.

10. Campbell, B., Kiara, A., Hendrickson, K., Liu, Y. & Subramani, H. 2013 Multi-Dimensional Modeling of Two-Phase Flows in Channels and Pipelines. *Proceedings of Offshore Technology Conference*, Houston, Texas, USA, 6–9 May 2013.

11. Liu, Y., Xiao, W. & Yue, D.K.P. 2013 Prediction of Rogue Waves in Open Seas by Phase-Resolved Nonlinear Wave-Field Simulations, *Proceedings of the DoD HPCMP Users Group Conference 2013.*

12. Xiao, W., Liu, Y. and Yue, D.K.P. 2012 Prediction of Rogue Waves by Large-Scale Phase-Resolved Nonlinear Wavefield Simulations, *Proceedings of the DoD HPCMP Users Group Conference* 2012, New Orleans, LA.

13. Yan, H., Liu, Y. & Li, Y. 2011 Unstable Motion of a Floating Structure in Surface Waves, *30th International Conference on Offshore Mechanics and Arctic Engineering (OMAE2011)*, June 19-24, 2011, Rotterdam, The Netherlands.

14. Xiao, W., Liu, Y. and Yue, D.K.P. 2011a Nonlinear nearshore wave environment for ship motion. Proceedings of 11th International Conference on Fast Sea Transportation, FAST 2011, Honolulu, Hawaii, USA

15. Xiao, W., Liu, Y. and Yue, D.K.P. 2011b Large-Scale Deterministic Predictions of Nonlinear Ocean Wave-Fields, *Proceedings of the DoD HPCMP Users Group Conference* 2011, June, Portland, OR

16. Tao, A. & Liu, Y. 2010 Rogue Waves Due To Nonlinear Broadband Wave Interactions, *Proc. 25th International Workshop on Water Waves and Floating Bodies,* May 9-12, Harbin, China.

17. Yan, H. & Liu, Y. 2010 Efficient Computations of Fully-Nonlinear Wave Interactions with Floating Structures, *29th International Conference on Offshore Mechanics and Arctic Engineering (OMAE2010)*, June 6-11, 2010, Shanghai, China

18. Liu, Y., Yan, H. & Yung, T.-W. 2010 Nonlinear Resonant Response of Deep Draft Platforms in Surface Waves, *29th International Conference on Offshore Mechanics and Arctic Engineering (OMAE2010)*, June 6-11, 2010, Shanghai, China

19. Hendrickson, K., Campbell, B., Liu, Y. & Roberts, R. 2010 Understanding and Prediction of Hydrodynamics of Multiphase Flow Using CFD, *7th International Conference on Multiphase Flow, ICMF 2010*, Tampa, FL, May 30 -- June 4. 2010

20. Xiao, W., Liu, Y. & Yue, D.K.P. 2010 Large-Scale Deterministic Predictions of Nonlinear Ocean Wave-Fields, *Proceedings of the DoD HPCMP Users Group Conference*, June 14-17, 2010, Schaumburg, IL

21. Campbell, B., Hendrickson, K., Liu, Y. & Roberts, R. 2009 Nonlinear effects on interfacial wave growth into slug flow. *28th International Conference on Offshore Mechanics and Arctic Engineering (OMAE2009)*, May 31- June 5, 2009, Honolulu, Hawaii.

22. Campbell, B., Hendrickson, K., Liu, Y. & Roberts, R. 2009 Growth and nonlinear resonant interactions of interfacial waves in stratified channel flows. *American Institute of Chemical Engineering (AIChE) Conference* in November 2009, Nashville, TN.

23. Liu, Y. & Yue, D.K.P. 2009 Large-Scale Phase-Resolved Simulations of Ocean Surface Waves. *OSB Oceanography in 2025 Workshop*, January, 2009, San Diego.

24. Alam, M.-R., Liu, Y. & Yue, D.K.P. 2009 Higher order resonant interactions of surface waves by undulatory bottom topography. *28th International Conference on Offshore Mechanics and Arctic Engineering (OMAE2009)*, May 31- June 5, 2009, Honolulu, Hawaii.

25. Xiao, W., Liu, Y. & Yue, D.K.P. 2009 Hunting for rogue waves in three-dimensional nonlinear wavefield – a direct simulation based approach. *28th International Conference on Offshore Mechanics and Arctic Engineering (OMAE2009)*, May 31- June 5, 2009, Honolulu, Hawaii.

26. Xiao, W., Henry, L., Liu, Y., Hendrickson, K. & Yue, D.K.P. 2008 Ocean Wave Prediction Using Large-Scale Phase-Resolved Computations. *Proceedings of the DoD HPCMP Users Group Conference*, June, 2008, Seattle, WA.

27. Zhu, X. & Liu, Y. 2008 Deterministic and stochastic prediction of the hydrodynamics of a three-dimensional body falling through water. *27th International Conference on Offshore Mechanics and Arctic Engineering (OMAE2008)*, June 15-20, 2008, Estoril, Portugal.

28. Zhang, S., Weems, K., Lin, W.-M., Yan, H. & Liu, Y. 2008 Application of a quadratic boundary element method to ship hydrodynamic problems. *27th International Conference on Offshore Mechanics and Arctic Engineering (OMAE2008)*, June 15-20, 2008, Estoril, Portugal.

29. Kim, Y., Kim, Y., Liu, Y. & Yue, D.K.P. 2007 On the water entry problem of asymmetric problems. *9th International Conference on Numerical Ship Hydrodynamics*, Ann Arbor, Michigan, August.

30. Wu, G., Liu, Y. & Yue, D.K.P. 2007 Ocean wave prediction using large-scale phase-resolved computations. *DoD HPCMP UGC 2007*, Pittsburgh, PA.

31. Yan, H., Liu, Y. & Yue, D.K.P. 2007 Fully nonlinear computation of water surface impact of axisymmetric bodies. *5th International Conference on Fluid Mechanics,* Shanghai, China, August.

32. Alam, M.-R., Liu, Y. & Yue, D.K.P. 2007 Resonant interaction of waves generated by a moving/oscillating body in a two-layer density stratified fluid. *60th Annual Meeting of the American Physical Society Division of Fluid Dynamics*, Salt Lake City, Utah.

33. Yan, H. & Liu, Y. 2007 Cavity dynamics in vertical water entry of a body at low Froude number. *60th Annual Meeting of the American Physical Society Division of Fluid Dynamics*, Salt Lake City, Utah.

34. Yan, H., Liu, Y. & Yue, D.K.P. 2006 An efficient computational method for nonlinear wave-wave and wave-body interactions. *Proc. of the Conference of Global Chinese Scholars on Hydrodynamics*, Shanghai, China.

35. Wu, G., Liu, Y. & Yue, D.K.P. 2005 Studying rogue waves using large-scale direct phase-resolved simulations, *Proc. 14th 'Aha Huliko'a Winter Workshop, Rogue Waves*, Honolulu, Hawaii.

36. Hover, F., Liu, Y., Triantafyllou, M.S. & Yue, D.K.P. 2005 Optimal maneuvering of vessels in deterministic waves. *Proc. 7th Symposium on High Speed Marine Vehicles*, Naples, Italy.

37. Wu, G., Liu, Y. & Yue, D.K.P. 2004 Dissipation effect on Benjamin-Feir instability of a Stokes wave train. *57th Annual Meeting of the American Physical Society Division of Fluid Dynamics*, Seattle, Washington.

38. Kim, Y., Liu, Y. & Yue, D.K.P. 2002 Motion dynamics of 3D bodies falling through water. *17th Workshop on water wave and floating bodies*, Cambridge, UK.

39. Wu, G., Liu, Y. & Yue, D.K.P. 2000 Numerical reconstruction of nonlinear irregular wave-field using single or multiple probe data. *Proc. 15th International Workshop on Water Waves and Floating Bodies*, Israel.

40. Zhu, Q., Liu, Y. & Yue, D.K.P. 1997 Resonant interactions of Kelvin ship waves and ambient ocean waves. *Proc. 12th International Workshop on Water Waves and Floating Bodies,* Marseilles, France.

41. Zhu, Q., Liu, Y., Triantafyllou, M.S. & Yue, D.K.P. 1997 Nonlinear short-wave patterns above a near-surface tethered body. *ONR Workshop on Free-Surface and Wall-Bounded Turbulence and Turbulent Flows*, Pasadena, CA.

42. Liu, Y. & Yue, D.K.P. 1994 The transient force history on a body started from rest. *Proc. 9th International Workshop on Water Waves and Floating Bodies*, Kuju, Oita, Japan.

43. Liu, Y. & Yue, D.K.P. 1993a Resonant reflection of surface waves traveling over bottom undulations. *Proc. 8th International Workshop on Water Waves and Floating Bodies*, St. John's, Newfoundland, Canada.

44. Liu, Y., & Yue, D.K.P. 1993b A high-order spectral method for nonlinear wave refraction/diffraction. *Proc. of the 1st SES-ASME-ASCE Joint Meeting: Nearshore Nonlinear Wave Hydrodynamics*, Charlottesville, Virginia.

45. Liu, Y. & Yue, D.K.P. 1992 The nonlinear diffraction forces on a submerged spheroid. *Proc. 7th International Workshop on Water Waves and Floating Bodies*, Val de Reuil, France.

46. Liu, Y. & Yue, D.K.P. 1991 The high-order diffraction forces on a submerge circular cylinder. *Proc. 6th International Workshop on Water Waves and Floating Bodies*, Woods Hole, MA

# YUMING LIU

## PUBLICATIONS IN REFEREED JOURNALS IN LAST TEN YEARS

1. Shen, M. and Liu, Y. 2020 Instability of finite-amplitude gravity-capillary progressive ring waves by an oscillating surface-piercing body. *Journal of Fluid Mechanics* **887**. A16.

2. Miao, S., Hendrickson, K. & Liu, Y. 2019 Slug generation processes in co-current turbulent gas/laminar-liquid flows in horizontal channels. *Journal of Fluid Mechanics* **860**. pp. 224-257

3. Li, C, Campbell, B, Liu, Y. & Yue, D.K.P. 2019 A fast multi-layer boundary element method for direct numerical simulation of sound propagation in shallow water environments. *Journal of Computational Physics* **392**, pp 694-712.

4. Shen, M. & Liu, Y. 2019 Subharmonic resonant interaction of gravity-capillary progressive axially symmetric wave with radial cross-wave. *Journal of Fluid Mechanics* **869**, pp. 439–467.

5. Peng, J., Tao, A., Liu, Y., Zheng, J., Zhang, J. and Wang, R. 2019 A laboratory study of class III Bragg resonance of gravity surface waves by periodic beds. *Physics of Fluids* **31**.

6. Li, C. & Liu, Y. 2018 On the weakly nonlinear seakeeping solution near the critical frequency. *Journal of Fluid Mechanics* **846**, pp. 999 -1022

7. Pan, Y., Liu, Y. and Yue, D.K.P. 2018 On high-order perturbation expansion for the study of longshort wave interactions. *Journal of Fluid Mechanics* **846**, pp. 902-915.

8. Qi, Y., Wu, G., Liu, Y., Kim, M.-H. and Yue, D. K.P. 2018 Nonlinear phase-resolved reconstruction of irregular water waves. *Journal of Fluid Mechanics* **838**, pp 544-572.

9. Qi, Y., Wu, G., Liu, Y. and Yue, D.K.P. 2018 Predictable zone for phase-resolved reconstruction and forecast of irregular waves. *Wave Motion* **77**, pp 195-213.

10. Miao, S., Hendrickson, K. & Liu, Y. 2017 Computation of three-dimensional multiphase flow dynamics by Fully-Coupled Immersed Flow (FCIF) solver. *Journal of Computational Physics* 350: 97-116. https://doi.org/10.1016/j.jcp.2017.08.042

11. Shen, M. & Liu, Y. 2017 Current effects on global motions of a floating platform in waves. *Ocean Systems Engineering*, Vol. 7, No. 2, pp 121-141. DOI : 10.2989/ose.2017.7.2.121

12. Zhang, W., Liu, Y., Ratilal, P., Cho, B. & Makris, N.C. 2017 Active nonlinear acoustic sensing of an object with sum or difference frequency fields. *Remote Sens.*, *9*(9), 954; doi: 10.3390/rs9090954

13. Campbell, B. & Liu, Y 2016 Nonlinear coupling of interfacial instabilities with resonant wave interactions in horizontal two-fluid plane Couette/Poiseuille flows: Numerical and Physical Observations. *Journal of Fluid Mechanics*, **809**: 438-479.

14. Campbell, B. & Liu, Y 2016 A nonlinear flow-transition criterion for the onset of slugging in horizontal channels and pipes. *Physics of Fluids*, **28**: 082103.

15. Miao, S. & Liu, Y. 2015 Wave pattern in the wake of an arbitrary moving surface pressure disturbance. *Physics of Fluids*, **27**: 122102.

16. Nia, H.T., Jain, A.D., Liu, Y., Alam, M.-R., Barnas, R. & Makris, N.C. 2015 The evolution of air resonance power efficiency in the violin and its ancestors. *Proc. R. Soc. A* **471**: 20140905.

17. Campbell, B. & Liu, Y. 2014 Sub-harmonic resonant wave interactions in the presence of a linear interfacial instability. *Physics of Fluids*, **26**: 082107.

18. Campbell, B. & Liu, Y. 2013 Nonlinear resonant interaction of interfacial waves in horizontal stratified channel flows. *Journal of Fluid Mechanics*, **717**: 612-642.

19. Xiao, W., Liu. Y., Wu, G. & Yue, D.K.P. 2013 Rogue wave occurrence and dynamics by direct simulations of nonlinear wavefield evolution. *Journal of Fluid Mechanics*, **720:** 357-392.

20. Dickey, T. …Liu, Y., … 2012 Introduction to special section on recent advances in the study of optical variability in the near-surface and upper ocean.  *Journal of Geophysical Research*, Vol 117, C00H20.

21. Yan, H. & Liu, Y. 2011a An efficient high-order boundary element method for nonlinear wave-wave and wave-body interactions. *Journal of Computational Physics* **230**, pp. 402-424.

22. Yan, H. & Liu, Y. 2011b Nonlinear computation of water impact of axisymmetric bodies. *Journal of Ship Research*, Vol. 55, No. 1, pp. 29-44.

23. Alam, M.-R., Liu, Y. and Yue, D.K.P. 2011a Nonlinear wave signature of and oscillating and translating disturbance in two-layer fluid. *Journal of Fluid Mechanics, 675*: 477–494.

24. Alam, M.-R., Liu, Y. and Yue, D.K.P. 2011b Attenuation of short surface waves by the sea floor via nonlinear sub-harmonic interaction. *Journal of Fluid Mechanics, 689*: 529–540.

25. Lavos, S., Mei, C. C. & Liu, Y. 2010 Oscillating water column at a coastal corner for wavepower extraction. *Applied Ocean Research*, Vol. 32, No. 3, pp 267-283.

26. Alam, M.-R., Liu, Y. and Yue, D.K.P. 2010 Oblique sub- and super-harmonic Bragg resonance of surface waves by bottom ripples. *Journal of Fluid Mechanics, 643*: 437-447