# Advanced Marine Technology, Inc.

P.O. Box 397122, Cambridge, MA 02139-7122
Tel: (617) 292-6422
Email: amt_inc@hotmail.com



| INVOICE | | |
|---|---|---|
| Statement Date | Invoice Number | Balance Due |
| 12/11/2020 | HFW01Y20 | $23,175.00 |

HFW
5151 San Felipe, Suite 400
Houston, Texas 77056

| Dates of Service | | Provider's Name | Description of Service | Hours | Hour Rate | Amount |
|---|---|---|---|---|---|---|
| From | To | | | | | |
| 6/9/2020 | 6/9/2020 | Dr. Dick. K.P. Yue | Zoom meeting with HFW on Reed v. Maersk | 1.0 | 750 | 750 |
| 6/9/2020 | 6/9/2020 | Dr. Yuming Liu | Zoom meeting with HFW on Reed v. Maersk | 1.0 | 300 | 300 |
| 10/5/2020 | 10/5/2020 | Dr. Yuming Liu | Zoom meeting with HFW on planning wake-wave computations | 0.5 | 300 | 150 |
| 11/10/2020 | 11/10/2020 | Dr. Yuming Liu | Zoom discussion with HFW on wake-wave results | 1.5 | 300 | 450 |
| 11/24/2020 | 11/24/2020 | Dr. Yuming Liu | Zoom discussion with HFW on wake-wave results | 2.0 | 300 | 600 |
| 11/25/2020 | 11/25/2020 | Dr. Yuming Liu | Zoom discussion with HFW on wake-wave results | 1.0 | 300 | 300 |
| 12/1/2020 | 12/1/2020 | Dr. Dick K.P. Yue | Zoom discussion with HFW on wake-wave report | 1.5 | 750 | 1,125 |
| 12/1/2020 | 12/1/2020 | Dr. Yuming Liu | Zoom discussion with HFW on wake-wave report | 1.5 | 300 | 450 |
| 10/15/2020 | 12/1/2020 | Dr. Yuming Liu | Computations, analyses, and report on Idaho wake waves | 56 | 300 | 16,800 |
| 11/10/2020 | 12/1/2020 | Dr. Dick K.P. Yue | Work and discussion with Dr. Yuming Liu on computation and analysis of Idaho wake waves | 3.0 | 750 | 2,250 |
| | | | | | TOTAL | $23,175 |

**Message:**
Please make payable and send payment and a copy of this invoice to account: Advanced Marine Technology (AMT), Inc., 17291 Irvine Blvd., Suite 258, Tustin, CA 92780

For electronic payment, AMT's bank information is:
Account number: 1015806088
Bank Address: Bank of America, Woodbridge Branch 1015, 4500 Barranca Parkway, CA 92604, USA
SWIFT code: 026009593
Routing # 121000358

Questions regarding this invoice should be addressed to: Dr. Yuming Liu, AMT, Email: yuming@mit.edu, Tel: 617-252-1647, Fax: 617-258-9389

MAERSK IDAHO 001067
**EXHIBIT B**