Deceased: Charles Reed  6/07/19

**Form 1040** Department of the Treasury — Internal Revenue Service  (99)
**U.S. Individual Income Tax Return**

**2019**   OMB No. 1545-0074   IRS Use Only — Do not write or staple in this space.

**Filing Status**
Check only one box.

☐ Single  ☒ Married filing jointly  ☐ Married filing separately (MFS)  ☐ Head of household (HOH)  ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Charles Reed | | ███████ |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| Jana Reed | | ███████ |

Home address (number and street). If you have a P.O. box, see instructions.  Apt. no.
18531 Point Lookout Drive

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Houston, TX 77058

Foreign country name    Foreign province/state/county    Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

If more than four dependents, see instructions and ✔ here  ▶ ☐

**Standard Deduction**
Someone can claim:  ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness:**  You:  ☐ Were born before January 2, 1955  ☐ Are blind   **Spouse:**  ☐ Was born before January 2, 1955  ☐ Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| Chase Reed | ███████ | SON | | X |
| Alexis Reed | | DAUGHTER | | X |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2. | **1** | 109,851. | |
| 2a | Tax-exempt interest . . . . . . . . . . . . **2a** | **b** Taxable int. Att. Sch. B if reqd . . . . . . . **2b** | 2,459. | |
| 3a | Qualified dividends . . . . . . . . . . . . **3a**  987. | **b** Ordinary div. Att. Sch. B if reqd . . . . . **3b** | 1,086. | |
| 4a | IRA distributions. . . . . . . . . **4a** | **b** Taxable amount. . . . . . . . . . . . . **4b** | | |
| c | Pensions and annuities . . . . . **4c**  224,028.  Rollover  **d** Taxable amount. . . . . . . . . . . . **4d** | 63,548. | |
| 5a | Social security benefits . . . . . . . . . **5a** | **b** Taxable amount. . . . . . . . . **5b** | | |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | **6** | 1,628. | |
| 7a | Other income from Schedule 1, line 9. . . . . . . . . . . . . . . . . . . . . . . . . | **7a** | | |
| b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income**. . . . . . . . . . | **7b** | 178,572. | |
| 8a | Adjustments to income from Schedule 1, line 22. . . . . . . . . . . . . . . . . | **8a** | 500. | |
| b | Subtract line 8a from line 7b. This is your **adjusted gross income** . . . . . . . . . . . ▶ | **8b** | 178,072. | |
| 9 | Standard deduction or itemized deductions (from Schedule A) . . . . . . . . . . . **9**  30,605. | | | |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A . . . . . . . **10** | | | |
| 11a | Add lines 9 and 10. . . . . . . . . . . . . . . . . . . . . | **11a** | 30,605. | |
| b | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- . . . . . . . | **11b** | 147,467. | |

**Standard Deduction for —**
• Single or Married filing separately, $12,200
• Married filing jointly or Qualifying widow(er), $24,400
• Head of household, $18,350
• If you checked any box under *Standard Deduction,* see instructions.

**BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**    Form **1040** (2019)

FDIA0112L   10/07/19

PLAINTIFF'S EXHIBIT
**143**
Jana Reed, 3:19-cv-238

Form 1040 (2019)   **Charles and Jana Reed**                                    Page **2**

| | | | | |
|---|---|---|---|---|
| **12a** | **Tax** (see inst.) Check if any from Form(s): 1 ☐ 8814 | | | |
| | 2 ☐ 4972   3 ☐ | **12a** 24,091. | | |
| **b** | Add Schedule 2, line 3, and line 12a and enter the total ..................... ▶ | | **12b** | 24,091. |
| **13a** | Child tax credit or credit for other dependents.................. | **13a** 1,000. | | |
| **b** | Add Schedule 3, line 7, and line 13a and enter the total ..................... ▶ | | **13b** | 1,027. |
| **14** | Subtract line 13b from line 12b. If zero or less, enter -0-................................ | | **14** | 23,064. |
| **15** | Other taxes, including self-employment tax, from Schedule 2, line 10........ | | **15** | |
| **16** | Add lines 14 and 15. This is your **total tax** ............................ | | **16** | 23,064. |
| **17** | Federal income tax withheld from Forms W-2 and 1099 ......................... | | **17** | 20,938. |
| **18** | Other payments and refundable credits: | | | |
| **a** | Earned income credit (EIC) ................................. | **18a** | | |
| **b** | Additional child tax credit. Attach Schedule 8812.............. | **18b** | | |
| **c** | American opportunity credit from Form 8863, line 8............ | **18c** | | |
| **d** | Schedule 3, line 14............................. | **18d** | | |
| **e** | Add lines 18a through 18d. These are your **total other payments and refundable credits** ..................................... ▶ | | **18e** | |
| **19** | Add lines 17 and 18e. These are your **total payments**........................ | | **19** | 20,938. |

- If you have a qualifying child, attach Sch. EIC.
- If you have nontaxable combat pay, see instructions.

| | | | | |
|---|---|---|---|---|
| **Refund** | **20** | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** ................. | **20** | |
| Direct deposit? See instructions. | **21a** | Amount of line 20 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | **21a** | |
| | ▶ **b** | Routing number ........ | ▶ **c** Type: ☐ Checking ☐ Savings | | |
| | ▶ **d** | Account number........ | | | |
| | **22** | Amount of line 20 you want **applied to your 2020 estimated tax** ....... ▶ | **22** | | |
| **Amount You Owe** | **23** | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions.................. | **23** | 2,126. |
| | **24** | Estimated tax penalty (see instructions)..................... | **24** | | |

| **Third Party Designee** (Other than paid preparer) | Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS ? See instructions. | ☐ **Yes.** Complete below.   ☐ **No** |
|---|---|---|
| | Designee's ▶ name | Phone ▶ no. | Personal identification number (PIN) ▶ |

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation Consultant | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. Filing as Surviving Spouse | Date | Spouse's occupation Teacher | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| Phone no. | | Email address | |

**Paid Preparer Use Only**

| Preparer's name Tom Crews CPA | Preparer's signature Tom Crews CPA | Date 11/13/20 | PTIN P01798232 | Check if: ☐ 3rd Party Designee |
|---|---|---|---|---|
| Firm's name ▶ Tom Crews CPA & Affordable Bookkeeping | | Phone no. 281-724-9177 | | ☐ Self-employed |
| Firm's address ▶ 1013 East Main St League City, TX 77573 | | | Firm's EIN ▶ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                    Form **1040** (2019)



**SCHEDULE 1**
**(Form 1040 or 1040-SR)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

▶ **Attach to Form 1040 or 1040-SR.**
▶ **Go to** *www.irs.gov/Form1040* **for instructions and the latest information.**

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **01**

Name(s) shown on Form 1040 or 1040-SR

Charles and Jana Reed

Your social security number

At any time during 2019, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency?.................................................................................................  ☐ Yes  ☒ No

| Part I | Additional Income | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes ..................... | 1 | |
| 2a | Alimony received......................................................... | 2a | |
| b | Date of original divorce or separation agreement (see instructions)  ▶ _ _ _ _ _ _ _ _ _ _ | | |
| 3 | Business income or (loss). Attach Schedule C................................. | 3 | |
| 4 | Other gains or (losses). Attach Form 4797.................................. | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E...... | 5 | |
| 6 | Farm income or (loss). Attach Schedule F.................................. | 6 | |
| 7 | Unemployment compensation ........................................ | 7 | |
| 8 | Other income. List type and amount  ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | | 8 | |
| 9 | Combine lines 1 through 8. Enter here and on Form 1040 or 1040-SR, line 7a.............. | 9 | 0. |
| Part II | Adjustments to Income | | |
| 10 | Educator expenses .............................................. | 10 | 500. |
| 11 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106..................................................... | 11 | |
| 12 | Health savings account deduction. Attach Form 8889............................ | 12 | |
| 13 | Moving expenses for members of the Armed Forces. Attach Form 3903 ................ | 13 | |
| 14 | Deductible part of self-employment tax. Attach Schedule SE ...................... | 14 | |
| 15 | Self-employed SEP, SIMPLE, and qualified plans.............................. | 15 | |
| 16 | Self-employed health insurance deduction................................... | 16 | |
| 17 | Penalty on early withdrawal of savings.................................... | 17 | |
| 18a | Alimony paid.................................................... | 18a | |
| b | Recipient's SSN............................................  ▶ | | |
| c | Date of original divorce or separation agreement (see instructions) ▶ _ _ _ _ _ _ _ _ _ _ | | |
| 19 | IRA deduction................................................... | 19 | |
| 20 | Student loan interest deduction........................................ | 20 | |
| 21 | Tuition and fees. Attach Form 8917...................................... | 21 | |
| 22 | Add lines 10 through 21. These are your **adjustments to income.** Enter here and on Form 1040 or 1040-SR, line 8a................................................ | 22 | 500. |

**BAA  For Paperwork Reduction Act Notice, see your tax return instructions.**            Schedule 1 (Form 1040 or 1040-SR) 2019



FDIA0103L   12/26/19

**SCHEDULE 3**
**(Form 1040 or 1040-SR)**

Department of the Treasury
Internal Revenue Service

# Additional Credits and Payments

▶ Attach to Form 1040 or 1040-SR.
▶ Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2019**
Attachment
Sequence No. **03**

Name(s) shown on Form 1040 or 1040-SR

Charles and Jana Reed

Your social security number

| Part I | Nonrefundable Credits | | |
|---|---|---|---|
| 1 | Foreign tax credit. Attach Form 1116 if required . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 27. |
| 2 | Credit for child and dependent care expenses. Attach Form 2441 . . . . . . . . . . . . . . . | **2** | |
| 3 | Education credits from Form 8863, line 19 . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Retirement savings contributions credit. Attach Form 8880 . . . . . . . . . . . . . . . . . . | **4** | |
| 5 | Residential energy credits. Attach Form 5695 . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| 6 | Other credits from Form:  **a** ☐ 3800  **b** ☐ 8801  **c** ☐ _____ | **6** | |
| 7 | Add lines 1 through 6. Enter here and include on Form 1040 or 1040-SR, line 13b . . . | **7** | 27. |

| Part II | Other Payments and Refundable Credits | | |
|---|---|---|---|
| 8 | 2019 estimated tax payments and amount applied from 2018 return . . . . . . . . . . . . . | **8** | |
| 9 | Net premium tax credit. Attach Form 8962 . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| 10 | Amount paid with request for extension to file (see instructions) . . . . . . . . . . . . . . | **10** | |
| 11 | Excess social security and tier 1 RRTA tax withheld . . . . . . . . . . . . . . . . . . . . | **11** | |
| 12 | Credit for federal tax on fuels. Attach Form 4136 . . . . . . . . . . . . . . . . . . . . . | **12** | |
| 13 | Credits from Form:  **a** ☐ 2439  **b** ☐ Reserved  **c** ☐ 8885  **d** ☐ | **13** | |
| 14 | Add lines 8 through 13. Enter here and on Form 1040 or 1040-SR, line 18d . . . . . . . | **14** | 0. |

**BAA  For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule 3 (Form 1040 or 1040-SR) 2019



FDIA0105L  12/26/19

**SCHEDULE A**
**(Form 1040 or 1040-SR)**
(Rev. January 2020)
Department of the Treasury
Internal Revenue Service   (99)

# Itemized Deductions

► Go to *www.irs.gov/ScheduleA* for instructions and the latest information.
► **Attach to Form 1040 or 1040-SR.**

**Caution:** If you are claiming a net qualified disaster loss on Form 4684, see the instructions for line 16.

OMB No. 1545-0074

**2019**

Attachment
Sequence No.   **07**

Name(s) shown on Form 1040 or 1040-SR
Charles and Jana Reed

Your social security number

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | **Caution: Do not include expenses reimbursed or paid by others.** | | | |
| | 1 Medical and dental expenses (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | | |
| | 2 Enter amount from Form 1040 or 1040-SR, line 8b . . . . . . . . . . . . . . . | **2** | | |
| | 3 Multiply line 2 by 7.5% (0.075) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 0. |
| **Taxes You Paid** | 5 State and local taxes. | | | |
| | **a** State and local income taxes or general sales taxes. You may include either income taxes or general sales taxes on line 5a, but not both. If you elect to include general sales taxes instead of income taxes, check this box . . . . . . . . . . . . . . . . . . . . . ► [X] | **5a** | 1,497. | |
| | **b** State and local real estate taxes (see instructions) . . . . . . . . . . . . . . . . . . . | **5b** | 7,889. | |
| | **c** State and local personal property taxes . . . . . . . . . . . . . . . . . . . | **5c** | | |
| | **d** Add lines 5a through 5c . . . . . . . . . . . . . . . . . . . . . . . | **5d** | 9,386. | |
| | **e** Enter the smaller of line 5d or $10,000 ($5,000 if married filing separately) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5e** | 9,386. | |
| | 6 Other taxes. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **6** | | |
| | 7 Add lines 5e and 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 9,386. |
| **Interest You Paid** | 8 Home mortgage interest and points. If you didn't use all of your home mortgage loan(s) to buy, build, or improve your home, see instructions and check this box . . . . . . . . . . . . . . . . . . . ► ☐ | | | |
| **Caution:** Your mortgage interest deduction may be limited (see instructions). | **a** Home mortgage interest and points reported to you on Form 1098. See instructions if limited . . . . . . . . . . . . . . . . . . . . . . . . | **8a** | 20,719. | |
| | **b** Home mortgage interest not reported to you on Form 1098. See instructions if limited. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ► | | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **8b** | | |
| | **c** Points not reported to you on Form 1098. See instructions for special rules . . . . . | **8c** | | |
| | **d** Mortage insurance premiums (see instructions) . . . . . . . . . . . . . . . | **8d** | | |
| | **e** Add lines 8a through 8d . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8e** | 20,719. | |
| | 9 Investment interest. Attach Form 4952 if required. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | | |
| | 10 Add lines 8e and 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | 20,719. |
| **Gifts to Charity** | 11 Gifts by cash or check. If you made any gift of $250 or more, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 500. | |
| **Caution:** If you made a gift and got a benefit for it, see instructions. | 12 Other than by cash or check. If you made any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 . . . . . . . . . . . . . . . . . . . . . . . . | **12** | | |
| | 13 Carryover from prior year . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | | |
| | 14 Add lines 11 through 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | 500. |
| **Casualty and Theft Losses** | 15 Casualty and theft loss(es) from a federally declared disaster (other than net qualified disaster losses. Attach Form 4684 and enter the amount from line 18 of that form. See instructions. | **15** | 0. |
| **Other Itemized Deductions** | 16 Other—from list in instructions. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **16** | 0. |
| **Total Itemized Deductions** | 17 Add the amounts in the far right column for lines 4 through 16. Also, enter this amount on Form 1040 or 1040-SR, line 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | 30,605. |
| | 18 If you elect to itemize deductions even though they are less than your standard deduction, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐ | | |

**BAA   For Paperwork Reduction Act Notice, see the Instructions for Forms 1040 and 1040-SR.**

FDIA0301L  01/15/20

**Schedule A (Form 1040 or 1040-SR) 2019**

**SCHEDULE B**
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service (99)

**Interest and Ordinary Dividends**

► Go to *www.irs.gov/ScheduleB* for instructions and the latest information.
► Attach to Form 1040 or 1040-SR.

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **08**

| Name(s) shown on return | Your social security number |
|---|---|
| Charles and Jana Reed | |

**Part I**

**Interest**

(See instructions
and the
instructions for
Forms 1040 and
1040-SR, line 2b.)

**Note:** If you
received a Form
1099-INT, Form
1099-OID, or
substitute statement
from a brokerage
firm, list the firm's
name as the payer
and enter the total
interest shown on
that form.

**1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ►         **Amount**

| | Amount |
|---|---|
| Accrued Market Discount | 73. |
| Gulf COast Educators FCU | 66. |
| Metropolitan Life | 194. |
| National Financials Services | 2,068. |
| State Farm | 249. |
| Subtotal | 2,650. |
| ABP Adjustment | -191. |

**1**

| | | |
|---|---|---|
| **2** Add the amounts on line 1 | **2** | 2,459. |
| **3** Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1040 or 1040-SR, line 2b.. ► | **4** | 2,459. |

**Note:** If line 4 is over $1,500, you must complete Part III.

**Part II**

**Ordinary
Dividends**

(See instructions
and the
instructions for
Forms 1040 and
1040-SR, line 3b.)

**Note:** If you
received a Form
1099-DIV or
substitute statement
from a brokerage
firm, list the firm as
the payer and enter the
ordinary dividends
shown on that form.

**5** List name of payer ►         **Amount**

| | Amount |
|---|---|
| National Financial Services LLC | 1,086. |

**5**

| | | |
|---|---|---|
| **6** Add the amounts on line 5. Enter the total here and on Form 1040 or 1040-SR, line 3b .... ► | **6** | 1,086. |

**Note:** If line 6 is over $1,500, you must complete Part III.

**Part III**

**Foreign
Accounts
and Trusts**

**Caution:** If required,
failure to file FinCEN
Form 114 may
result in
substantial
penalties. See
instructions.

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| **7a** At any time during 2019, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions | | | X |
| If 'Yes,' are you required to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR), to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements | | | |
| **b** If you are required to file FinCEN Form 114, enter the name of the foreign country where the financial account is located ► | | | |
| **8** During 2019, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions | | | X |

**BAA  For Paperwork Reduction Act Notice, see your tax return instructions.**      FDIA0401L  08/21/19      **Schedule B (Form 1040 or 1040-SR) 2019**

**SCHEDULE D**
**(Form 1040 or 1040-SR)**

Department of the Treasury
Internal Revenue Service (99)

**Capital Gains and Losses**

► Attach to Form 1040, 1040-SR, or 1040-NR.
► Go to *www.irs.gov/ScheduleD* for instructions and the latest information.
► Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.

OMB No. 1545-0074

**2019**

Attachment
Sequence No. 12

Name(s) shown on return: Charles and Jana Reed

Your social security number:

Did you dispose of any investment(s) in a qualified opportunity fund during the tax year?  ☐ Yes  ☒ No
If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

**Part I   Short-Term Capital Gains and Losses — Generally Assets Held One Year or Less** (see instructions)

| See instructions for how to figure the amounts to enter on the lines below. This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **1a** Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b . . . . . . . . . . . . . . . . . . | 37,347. | 35,720. | | 1,627. |
| **1b** Totals for all transactions reported on Form(s) 8949 with **Box A** checked . . . . . . . . . . | 45,529. | 45,509. | −20. | |
| **2** Totals for all transactions reported on Form(s) 8949 with **Box B** checked . . . . . . . . . . | 1. | | | 1. |
| **3** Totals for all transactions reported on Form(s) 8949 with **Box C** checked . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824. . . . . . . . . . . | **4** | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1. . . . | **5** | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions . . . . . . . . . . | **6** | |
| **7** **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on the back . . . . . . . . . . . . . . . . . . . . . . . | **7** | 1,628. |

**Part II   Long-Term Capital Gains and Losses — Generally Assets Held More Than One Year** (see instructions)

| See instructions for how to figure the amounts to enter on the lines below. This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **8a** Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments. However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b . . . . . . . . . . | | | | |
| **8b** Totals for all transactions reported on Form(s) 8949 with **Box D** checked . . . . . . . . . . | | | | |
| **9** Totals for all transactions reported on Form(s) 8949 with **Box E** checked . . . . . . . . . . | | | | |
| **10** Totals for all transactions reported on Form(s) 8949 with **Box F** checked . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . | **11** | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . | **12** | |
| **13** Capital gain distributions. See the instrs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| **14** Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions. . . . . . . . . . . | **14** | |
| **15** **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then go to Part III on the back. . . . . . . . . . . | **15** | |

**BAA  For Paperwork Reduction Act Notice, see your tax return instructions.**     FDIA0612L  09/04/19     **Schedule D (Form 1040 or 1040-SR) 2019**

Schedule D (Form 1040 or 1040-SR) 2019   Charles and Jana Reed ██████████ Page **2**

| **Part III** | **Summary** |

**16** Combine lines 7 and 15 and enter the result............................................ | **16** | 1,628.

- If line 16 is a **gain,** enter the amount from line 16 on Form 1040 or 1040-SR, line 6; or Form 1040-NR, line 14. Then go to line 17 below.
- If line 16 is a **loss,** skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
- If line 16 is **zero,** skip lines 17 through 21 below and enter -0- on Form 1040 or 1040-SR, line 6; or Form 1040-NR, line 14. Then go to line 22.

**17** Are lines 15 and 16 **both** gains?

☐ **Yes.** Go to line 18.

☒ **No.** Skip lines 18 through 21, and go to line 22.

**18** If you are required to complete the **28% Rate Gain Worksheet** (see instructions), enter the amount, if any, from line 7 of that worksheet............................................ ► | **18**

**19** If you are required to complete the **Unrecaptured Section 1250 Gain Worksheet** (see instructions), enter the amount, if any, from line 18 of that worksheet............................ ► | **19**

**20** Are lines 18 and 19 **both** zero or blank?

☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Forms 1040 and 1040-SR, line 12a (or in the instructions for Form 1040-NR, line 42). **Don't** complete lines 21 and 22 below.

☐ **No.** Complete the **Schedule D Tax Worksheet** in the instructions. **Don't** complete lines 21 and 22 below.

**21** If line 16 is a loss, enter here and on Form 1040 or 1040-SR, line 6; or Form 1040-NR, line 14, the **smaller** of:

- The loss on line 16; or
- ($3,000), or if married filing separately, ($1,500) .............................. | **21**

**Note:** When figuring which amount is smaller, treat both amounts as positive numbers.

**22** Do you have qualified dividends on Form 1040 or 1040-SR, line 3a; or Form 1040-NR, line 10b?

☒ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Forms 1040 and 1040-SR, line 12a (or in the instructions for Form 1040-NR, line 42).

☐ **No.** Complete the rest of Form 1040, 1040-SR, or 1040-NR.

**Schedule D (Form 1040 or 1040-SR) 2019**

FDIA0612L   09/04/19

Form **8949**

Department of the Treasury
Internal Revenue Service

## Sales and Other Dispositions of Capital Assets
► Go to *www.irs.gov/Form8949* for instructions and the latest information.
► File with your Schedule D to list your transactions for lines 1b, 2, 3, 8b, 9, and 10 of Schedule D.

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **12A**

Name(s) shown on return

Charles and Jana Reed

SSN or taxpayer identification number

*Before you check Box A, B, or C below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.*

| Part I | **Short-Term.** Transactions involving capital assets you held 1 year or less are generally short-term (see instructions). For long-term transactions, see page 2. |

**Note:** You may aggregate all short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 1a; you aren't required to report these transactions on Form 8949 (see instructions).

**You *must* check Box A, B, *or* C below. Check only one box.** If more than one box applies for your short-term transactions, complete a separate Form 8949, page 1, for each applicable box. If you have more short-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

[X] **(A)** Short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)

[ ] **(B)** Short-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS

[ ] **(C)** Short-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example: 100 shares XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed of (Mo., day, yr.) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis. See the **Note** below and see *Column (e)* in the separate instructions | (f) Code(s) from instructions | (g) Amount of adjustment | (h) Gain or (loss). Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| 18 Uber Tech | 8/30/19 | 11/21/19 | 529. | 582. | W | 53. | 0. |
| 6000 US T NTS Note | 9/05/19 | 10/15/19 | 6,000. | 5,998. | D | -2. | 0. |
| 39000 US T NTS Note | 9/05/19 | 12/02/19 | 39,000. | 38,929. | D | -71. | 0. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2 Totals.** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, **line 1b** (if **Box A** above is checked), **line 2** (if **Box B** above is checked), or **line 3** (if **Box C** above is checked) ► | | | 45,529. | 45,509. | | -20. | 0. |

**Note:** If you checked Box A above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

**BAA  For Paperwork Reduction Act Notice, see your tax return instructions.**          FDIA9212L 07/31/19          Form **8949** (2019)

Form **8949**

Department of the Treasury
Internal Revenue Service

### Sales and Other Dispositions of Capital Assets
► Go to *www.irs.gov/Form8949* for instructions and the latest information.
► File with your Schedule D to list your transactions for lines 1b, 2, 3, 8b, 9, and 10 of Schedule D.

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **12A**

Name(s) shown on return

Charles and Jana Reed

SSN or taxpayer identification number

*Before you check Box A, B, or C below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.*

**Part I** | **Short-Term.** Transactions involving capital assets you held 1 year or less are generally short-term (see instructions). For long-term transactions, see page 2.

**Note:** You may aggregate all short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 1a; you aren't required to report these transactions on Form 8949 (see instructions).

**You *must* check Box A, B, *or* C below. Check only one box.** If more than one box applies for your short-term transactions, complete a separate Form 8949, page 1, for each applicable box. If you have more short-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

☐ **(A)** Short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)

☒ **(B)** Short-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS

☐ **(C)** Short-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example: 100 shares XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed of (Mo., day, yr.) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis. See the **Note** below and see *Column (e)* in the separate instructions | (f) Code(s) from instructions | (g) Amount of adjustment | (h) Gain or (loss). Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| .977 Dish Network | 11/25/19 | 12/05/19 | 1. | 0. | | | 1. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2** **Totals.** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, **line 1b** (if **Box A** above is checked), **line 2** (if **Box B** above is checked), or **line 3** (if **Box C** above is checked) ► | | | 1. | 0. | | 0. | 1. |

**Note:** If you checked Box A above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

**BAA For Paperwork Reduction Act Notice, see your tax return instructions.**          FDIA9212L 07/31/19          Form **8949** (2019)

Form **1116**

Department of the Treasury
Internal Revenue Service (99)

**Foreign Tax Credit**

(Individual, Estate, or Trust)

► **Attach to Form 1040, 1040-SR, 1040-NR, 1041, or 990-T.**
► **Go to www.irs.gov/Form1116 for instructions and the latest information.**

OMB No. 1545-0121

**2019**

Attachment
Sequence No. **19**

Name

Charles and Jana Reed

**ID no.** as shown on page 1 of your tax return ▮▮▮▮▮▮

Use a separate Form 1116 for each category of income listed below. See *Categories of Income* in the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

a ☐ Section 951A category income
b ☐ Foreign branch category income
c ☒ Passive category income
d ☐ General category income
e ☐ Section 901(j) income
f ☐ Certain income re-sourced by treaty
g ☐ Lump-sum distributions

**h** Resident of (name of country) ►

**Note:** If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to **more than one** foreign country or U.S. possession, use a separate column and line for each country or possession.

### Part I — Taxable Income or Loss From Sources Outside the United States (for category checked above)

| | Foreign Country or U.S. Possession | | | Total |
|---|---|---|---|---|
| | **A** | **B** | **C** | (Add columns A, B, and C.) |
| **i** Enter the name of the foreign country or U.S. possession ► | Various | | | |
| **1a** Gross income from sources within country shown above and of the type checked above (see instructions): See Statement 1 | 1,086. | | | **1a** 1,086. |
| **b** Check if line 1a is compensation for personal services as an employee, your total compensation from all sources is $250,000 or more, and you used an alternative basis to determine its source (see instructions) ► ☐ | | | | |
| **Deductions and losses** (Caution: See instructions.): | | | | |
| **2** Expenses **definitely related** to the income on line 1a (attach statement) | | | | |
| **3** Pro rata share of other deductions **not definitely related:** | | | | |
| **a** Certain itemized deductions or standard deduction (see instructions) | 9,386. | | | |
| **b** Other deductions (attach statement) | | | | |
| **c** Add lines 3a and 3b | 9,386. | | | |
| **d** Gross foreign source income (see instructions) | 1,086. | | | |
| **e** Gross income from all sources (see instructions) | 178,968. | | | |
| **f** Divide line 3d by line 3e (see instructions) | 0.006068 | | | |
| **g** Multiply line 3c by line 3f | 57. | | | |
| **4** Pro rata share of interest expense (see instructions): | | | | |
| **a** Home mortgage interest (use the Worksheet for Home Mortgage Interest in the instructions) | | | | |
| **b** Other interest expense | | | | |
| **5** Losses from foreign sources | | | | |
| **6** Add lines 2, 3g, 4a, 4b, and 5 | 57. | | | **6** 57. |
| **7** Subtract line 6 from line 1a. Enter the result here and on line 15, page 2 ► | | | | **7** 1,029. |

### Part II — Foreign Taxes Paid or Accrued (see instructions)

| C O U N T R Y | Credit is claimed for taxes (you must check one) | Foreign taxes paid or accrued | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | In foreign currency | | | | In U.S. dollars | | | | |
| | (j) ☒ Paid / (k) ☐ Accrued | Taxes withheld at source on: | | | **(p)** Other foreign taxes paid or accrued | Taxes withheld at source on: | | | **(t)** Other foreign taxes paid or accrued | **(u)** Total foreign taxes paid or accrued (add columns (q) through (t)) |
| | **(l)** Date paid or accrued | **(m)** Dividends | **(n)** Rents & royalties | **(o)** Interest | | **(q)** Dividends | **(r)** Rents & royalties | **(s)** Interest | | |
| **A** | | | | | | 27. | | | | 27. |
| **B** | | | | | | | | | | |
| **C** | | | | | | | | | | |

**8** Add lines A through C, column (u). Enter the total here and on line 9, page 2 ► **8** 27.

**BAA For Paperwork Reduction Act Notice, see instructions.**   FDIZ2612L  09/30/19   Form **1116** (2019)

Form 1116 (2019)  Charles and Jana Reed  ▮▮▮▮▮▮  Page **2**

### Part III  Figuring the Credit

| | | | | | |
|---|---|---|---|---|---|
| 9 | Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I. . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | 27. | | |
| 10 | Carryback or carryover (attach detailed computation). . . . . . . . . . . . . . . . . . . . . . . . . . (If your income was section 951A category income (box a above Part I), leave line 10 blank.) | **10** | | | |
| 11 | Add lines 9 and 10. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 27. | | |
| 12 | Reduction in foreign taxes (see instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | | | |
| 13 | Taxes reclassified under high tax kickout (see instructions). . . . . . . . . . . . . . . . . . . . | **13** | | | |
| 14 | Combine lines 11, 12, and 13. This is the total amount of foreign taxes available for credit . . . . . . . . | | | **14** | 27. |
| 15 | Enter the amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | 1,029. | | |
| 16 | Adjustments to line 15 (see instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | | | |
| 17 | Combine the amounts on lines 15 and 16. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 18 through 22. However, if you are filing more than one Form 1116, you must complete line 20.) . . . . . . . . . | **17** | 1,029. | | |
| 18 | **Individuals:** Enter the amount from Form 1040 or 1040-SR, line 11b; or Form 1040-NR, line 41. **Estates and trusts:** Enter your taxable income without the deduction for your exemption. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | 147,467. | | |
| | **Caution:** If you figured your tax using the lower rates on qualified dividends or capital gains, see instructions. | | | | |
| 19 | Divide line 17 by line 18. If line 17 is more than line 18, enter "1". . . . . . . . . . . . . . . . . . . . . . . . | | | **19** | 0.006977832 |
| 20 | **Individuals:** Enter the total of Form 1040 or 1040-SR, line 12a, and Schedule 2 (Form 1040 or 1040-SR), line 2. If you are a nonresident alien, enter the total of Form 1040-NR, lines 42 and 44. **Estates and trusts:** Enter the amount from Form 1041, Schedule G, line 1a; or the total of Form 990-T, lines 41, 42, and 44. Foreign estates and trusts should enter the amount from Form 1040-NR, line 42. . . . . . . . . . . . . . . . . . . | | | **20** | 24,091. |
| | **Caution:** If you are completing line 20 for separate category **g** (lump-sum distributions), see instructions. | | | | |
| 21 | Multiply line 20 by line 19 (maximum amount of credit). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **21** | 168. |
| 22 | Enter the **smaller** of line 14 or line 21. If this is the only Form 1116 you are filing, skip lines 23 through 30 and enter this amount on line 31. Otherwise, complete the appropriate line in Part IV (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | **22** | 27. |

### Part IV  Summary of Credits From Separate Parts III (see instructions)

| | | | | | |
|---|---|---|---|---|---|
| 23 | Credit for taxes on section 951A category income. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **23** | | | |
| 24 | Credit for taxes on foreign branch category income . . . . . . . . . . . . . . . . . . . . . . . . . . . | **24** | | | |
| 25 | Credit for taxes on passive category income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **25** | | | |
| 26 | Credit for taxes on general category income. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **26** | | | |
| 27 | Credit for taxes on section 901(j) income. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **27** | | | |
| 28 | Credit for taxes on certain income re-sourced by treaty. . . . . . . . . . . . . . . . . . . . . . . . . | **28** | | | |
| 29 | Credit for taxes on lump-sum distributions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **29** | | | |
| 30 | Add lines 23 through 29. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **30** | |
| 31 | Enter the **smaller** of line 20 or line 30. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **31** | 27. |
| 32 | Reduction of credit for international boycott operations. See instructions for line 12. . . . . . . . . . . . . . . . | | | **32** | |
| 33 | Subtract line 32 from line 31. This is your **foreign tax credit.** Enter here and on Schedule 3 (Form 1040 or 1040-SR), line 1; Form 1040-NR, line 46; Form 1041, Schedule G, line 2a; or Form 990-T, line 46a . . . . . . . . . . ▶ | | | **33** | 27. |

Form **1116** (2019)

Form **8867**

Department of the Treasury
Internal Revenue Service

# Paid Preparer's Due Diligence Checklist

*Earned Income Credit (EIC), American Opportunity Tax Credit (AOTC), Child Tax Credit (CTC) (including the Additional Child Tax Credit (ACTC) and Credit for Other Dependents (ODC)), and Head of Household (HOH) Filing Status*

► **To be completed by preparer and filed with Form 1040, 1040-SR, 1040-NR, 1040-PR, or 1040-SS.**
► **Go to *www.irs.gov/Form8867* for instructions and the latest information.**

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **70**

| Taxpayer name(s) shown on return | Taxpayer identification number |
|---|---|
| Charles and Jana Reed | ▮▮▮▮▮▮▮▮ |

Enter preparer's name and PTIN

Tom Crews CPA P01798232

| Part I | Due Diligence Requirements |
|---|---|

Please check the appropriate box for the credit(s) and/or HOH filing status claimed on the return and complete the related Parts I–V for the benefit(s) claimed (check all that apply).  ☐ EIC  ☒ CTC/ACTC/ODC  ☐ AOTC  ☐ HOH

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1 | Did you complete the return based on information for tax year 2019 provided by the taxpayer or reasonably obtained by you?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☒ | ☐ | |
| 2 | If credits are claimed on the return, did you complete the applicable EIC and/or CTC/ACTC/ODC worksheets found in the Form 1040, 1040-SR, 1040-NR, 1040-PR, or 1040-SS instructions, and/or the AOTC worksheet found in the Form 8863 instructions, or your own worksheet(s) that provides the same information, and all related forms and schedules for each credit claimed?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☒ | ☐ | ☐ |
| 3 | Did you satisfy the knowledge requirement? To meet the knowledge requirement, you must do both of the following. | | | |
| | • Interview the taxpayer, ask questions, and contemporaneously document the taxpayer's responses to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status. | | | |
| | • Review information to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to compute the amount(s) of any credit(s) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☒ | ☐ | |
| 4 | Did any information provided by the taxpayer or a third party for use in preparing the return, or information reasonably known to you, appear to be incorrect, incomplete, or inconsistent? (If "Yes," answer questions 4a and 4b. If "No," go to question 5.). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | ☒ | |
| a | Did you make reasonable inquiries to determine the correct, complete, and consistent information? . . . . . . . . . . . | ☐ | ☐ | |
| b | Did you contemporaneously document your inquiries? (Documentation should include the questions you asked, whom you asked, when you asked, the information that was provided, and the impact the information had on your preparation of the return.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | ☐ | |
| 5 | Did you satisfy the record retention requirement? To meet the record retention requirement, you must keep a copy of your documentation referenced in 4b, a copy of this Form 8867, a copy of any applicable worksheet(s), a record of how, when, and from whom the information used to prepare Form 8867 and any applicable worksheet(s) was obtained, and a copy of any document(s) provided by the taxpayer that you relied on to determine eligibility for the credit(s) and/or HOH filing status or to compute the amount(s) of the credit(s) . . . . . . . . . | ☒ | ☐ | |
| | List those documents, if any, that you relied on. | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |
| 6 | Did you ask the taxpayer whether he/she could provide documentation to substantiate eligibility for the credit(s) and/or HOH filing status and the amount(s) of any credit(s) claimed on the return if his/her return is selected for audit?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☒ | ☐ | |
| 7 | Did you ask the taxpayer if any of these credits were disallowed or reduced in a previous year?. . . . . . . . . . . . | ☒ | ☐ | ☐ |
| | (If credits were disallowed or reduced, go to question 7a; if not, go to question 8.) | | | |
| a | Did you complete the required recertification Form 8862?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | ☐ | ☐ |
| 8 | If the taxpayer is reporting self-employment income, did you ask questions to prepare a complete and correct Schedule C (Form 1040 or 1040-SR)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | ☐ | ☒ |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**                 Form **8867** (2019)

Form 8867 (2019) **Charles and Jana Reed** 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 Page **2**

| **Part II** | **Due Diligence Questions for Returns Claiming EIC** (If the return does not claim EIC, go to Part III.) | **Yes** | **No** | **N/A** |
|---|---|---|---|---|
| **9a** | Have you determined that the taxpayer is, in fact, eligible to claim the EIC for the number of qualifying children claimed, or is eligible to claim the EIC without a qualifying child? (Skip 9b and 9c if the taxpayer is claiming the EIC and does not have a qualifying child.) | ☐ | ☐ | |
| **b** | Did you ask the taxpayer if the child lived with the taxpayer for over half of the year, even if the taxpayer has supported the child the entire year? | ☐ | ☐ | |
| **c** | Did you explain to the taxpayer the rules about claiming the EIC when a child is the qualifying child of more than one person (tiebreaker rules)? | ☐ | ☐ | ☐ |

| **Part III** | **Due Diligence Questions for Returns Claiming CTC/ACTC/ODC** (If the return does not claim CTC, ACTC, or ODC, go to Part IV.) | **Yes** | **No** | **N/A** |
|---|---|---|---|---|
| **10** | Have you determined that each qualifying person for the CTC/ACTC/ODC is the taxpayer's dependent who is a citizen, national, or resident of the United States? | ☒ | ☐ | |
| **11** | Did you explain to the taxpayer that he/she may not claim the CTC/ACTC if the taxpayer has not lived with the child for over half of the year, even if the taxpayer has supported the child, unless the child's custodial parent has released a claim to exemption for the child? | ☒ | | ☐ |
| **12** | Did you explain to the taxpayer the rules about claiming the CTC/ACTC/ODC for a child of divorced or separated parents (or parents who live apart), including any requirement to attach a Form 8332 or similar statement to the return? | ☒ | | ☐ |

| **Part IV** | **Due Diligence Questions for Returns Claiming AOTC** (If the return does not claim AOTC, go to Part V.) | **Yes** | **No** |
|---|---|---|---|
| **13** | Did the taxpayer provide substantiation for the credit, such as a Form 1098-T and/or receipts for the qualified tuition and related expenses for the claimed AOTC? | ☐ | ☐ |

| **Part V** | **Due Diligence Questions for Claiming HOH** (If the return does not claim HOH filing status, go to Part VI.) | **Yes** | **No** |
|---|---|---|---|
| **14** | Have you determined that the taxpayer was unmarried or considered unmarried on the last day of the tax year and provided more than half of the cost of keeping up a home for the year for a qualifying person? | ☐ | ☐ |

| **Part VI** | **Eligibility Certification** |
|---|---|

► **You will have complied with all due diligence requirements for claiming the applicable credit(s) and/or HOH filing status on the return of the taxpayer identified above if you:**

    A. Interview the taxpayer, ask adequate questions, contemporaneously document the taxpayer's responses on the return or in your notes, review adequate information to determine if the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to compute the amount(s) of the credit(s);

    B. Complete this Form 8867 truthfully and accurately and complete the actions described in this checklist for any applicable credit(s) claimed and HOH filing status, if claimed;

    C. Submit Form 8867 in the manner required; **and**

    D. Keep all five of the following records for 3 years from the latest of the dates specified in the Form 8867 instructions under *Document Retention*.

        1. A copy of this Form 8867.

        2. The applicable worksheet(s) or your own worksheet(s) for any credit(s) claimed.

        3. Copies of any documents provided by the taxpayer on which you relied to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to compute the amount(s) of the credit(s).

        4. A record of how, when, and from whom the information used to prepare this form and the applicable worksheet(s) was obtained.

        5. A record of any additional information you relied upon, including questions you asked and the taxpayer's responses, to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to compute the amount(s) of the credit(s).

► **If you have not complied with all due diligence requirements, you may have to pay a $530 penalty for each failure to comply related to a claim of an applicable credit or HOH filing status.**

| | | **Yes** | **No** |
|---|---|---|---|
| **15** | Do you certify that all of the answers on this Form 8867 are, to the best of your knowledge, true, correct, and complete? | ☒ | ☐ |

Form **8867** (2019)

| 2019 | Federal Statements | Page 1 |
|------|:------------------:|-------:|

**Charles and Jana Reed**

11/13/20                                                                                    12:37PM

**Statement 1**
**Form 1116, Line 1a - Passive Category Income**
**Gross Income From Sources Outside U.S.**

**Foreign country or U.S. possession:  Various**

| | | |
|---|---:|---:|
| Dividends................................................................... | $ | 99. |
| Foreign Source Qualified Dividends................................. | | 987. |
| | Total $ | 1,086. |

| 2019 | **Federal Income Tax Summary** | Page 1 |
|---|---|---|

**Charles and Jana Reed**

11/13/20                                                                                                    12:37 PM

|  | **2019** | **2018** | **Diff** |
|---|---|---|---|
| **INCOME** | | | |
| Wages, salaries, tips, etc. | 109,851 | 147,991 | -38,140 |
| Interest income | 2,459 | 0 | 2,459 |
| Dividend income | 1,086 | 0 | 1,086 |
| Taxable pensions | 63,548 | 89,287 | -25,739 |
| Business income | 0 | -5,977 | 5,977 |
| Capital gain or loss | 1,628 | 0 | 1,628 |
| Total income | 178,572 | 231,301 | -52,729 |
| **ADJUSTMENTS TO INCOME** | | | |
| Educator expenses | 500 | 500 | 0 |
| Total adjustments | 500 | 500 | 0 |
| Adjusted gross income | 178,072 | 230,801 | -52,729 |
| **ITEMIZED DEDUCTIONS** | | | |
| Taxes | 9,386 | 9,485 | -99 |
| Interest | 20,719 | 14,642 | 6,077 |
| Contributions | 500 | 4,608 | -4,108 |
| Total itemized deductions | 30,605 | 28,735 | 1,870 |
| **TAX COMPUTATION** | | | |
| Standard deduction | 24,400 | 24,000 | 400 |
| Larger of itemized or standard deduction | 30,605 | 28,735 | 1,870 |
| Taxable income | 147,467 | 202,066 | -54,599 |
| Tax before credits | 24,091 | 37,075 | -12,984 |
| **CREDITS** | | | |
| Child tax credit & other dependent cr. | 1,000 | 1,000 | 0 |
| Foreign tax credit | 27 | 0 | 27 |
| Total credits | 1,027 | 1,000 | 27 |
| Tax after credits | 23,064 | 36,075 | -13,011 |
| **OTHER TAXES** | | | |
| Total tax | 23,064 | 36,075 | -13,011 |
| **PAYMENTS** | | | |
| Federal income tax withheld | 20,938 | 22,109 | -1,171 |
| Total payments | 20,938 | 22,109 | -1,171 |
| **REFUND OR AMOUNT DUE** | | | |
| Underpayment penalty | 0 | 15 | -15 |
| Amount you owe | 2,126 | 13,981 | -11,855 |
| **TAX RATES** | | | |
| Marginal tax rate | 22.0% | 24.0% | -2.0% |
| Effective tax rate | 15.6% | 17.9% | -2.3% |

| 2019 | General Information | Page 1 |
|------|--------------------|--------|

**Charles and Jana Reed**

11/13/20                                                                                              12:37PM

**Forms needed for this return**

Federal: 1040, Sch 1, Sch 3, 1040-V, Sch A, Sch B, Sch D, 1116, 8867, 8879, 8949

**Tax Rates**

|         | Marginal | Effective |
|---------|----------|-----------|
| Federal | 22.0%    | 15.6%     |

**Carryovers to 2020**

None

| 2019 | **Federal Worksheets** | Page 1 |
|---|---|---|

**Charles and Jana Reed**

11/13/20                                                                                    12:37PM

## Wage Schedule

| Taxpayer - Employer | Wages | Federal W/H | FICA | Medi-care | State W/H | Local W/H |
|---|---|---|---|---|---|---|
| City of Kemah | 59,558. | 9,128. | 3,977. | 930. | | |
| Total | 59,558. | 9,128. | 3,977. | 930. | 0. | 0. |

| Spouse - Employer | Wages | Federal W/H | FICA | Medi-care | State W/H | Local W/H |
|---|---|---|---|---|---|---|
| Clear Creek Ind School Dist | 50,293. | 3,875. | | 803. | | |
| Total | 50,293. | 3,875. | | 803. | | 0. |
| Grand Total | 109,851. | 13,003. | 3,977. | 1,733. | 0. | 0. |

## Pension and Annuities Schedule

| Taxpayer - Payer | Total Received | Taxable Amount | Federal W/H | State W/H |
|---|---|---|---|---|
| VantagePointe | 17,000. | 17,000. | 3,400. | |
| Texas Municipal | 45,306. | 45,306. | 4,535. | |
| Total | 62,306. | 62,306. | 7,935. | 0. |

| Spouse - Payer | Total Received | Taxable Amount | Federal W/H | State W/H |
|---|---|---|---|---|
| Texas Municipal Retirement | 1,242. | 1,242. | | |
| VantagePointe - Rollover | 149,213. | | | |
| Texas Municipal - Rollover | 11,267. | | | |
| Total | 161,722. | 1,242. | 0. | 0. |
| Grand Total | 224,028. | 63,548. | 7,935. | 0. |

## Form 1040 or 1040-SR, Line 3a
## Qualified Dividends

| | |
|---|---|
| National Financial Services LLC | 987. |
| Total | 987. |

## Student Loan Interest Deduction Worksheet (Schedule 1, Line 20)

1. Total qualified student loan interest paid, not more than $2,500 — 2,500.
2. Enter the amount from Form 1040 or 1040-SR, line 7b — 178,572.
3. Add amounts from Schedule 1, lines 10 through 19, and any amount entered on the line next to Schedule 1, line 22 — 500.
4. Subtract line 3 from line 2 — 178,072.
5. Enter $70,000 ($140,000 if MFJ) — 140,000.
6. Is the amount on line 4 more than line 5
   - If No, skip lines 6 and 7, enter 0 on line 8, and go to line 9
   - If Yes, Subtract line 5 from line 4 — 38,072.
7. Divide line 6 by $15,000 ($30,000 if MFJ) but not more than 1 — 1.000
8. Multiply line 1 by line 7 — 2,500.

| **2019** | **Federal Worksheets** | **Page 2** |
|---|---|---|

**Charles and Jana Reed**

11/13/20                                                                                    12:37PM

**Student Loan Interest Deduction Worksheet (Schedule 1, Line 20)  (continued)**

  9. Student loan interest deduction (subtract line 8 from line 1)               0.

---

**Qualified Dividends and Capital Gain Tax Worksheet (Form 1040 or Form 1040-SR, Line 12a)**

| | |
|---|---:|
| 1. Enter the amount from Form 1040 or 1040-SR, line 11b | 147,467. |
| 2. Enter the amount from Form 1040 or 1040-SR, line 3a    987. | |
| 3. Are you filing Schedule D? | |
|   [X] Yes. Enter the smaller of line 15 or 16 of | |
|       Schedule D, but do not enter less than zero | |
|   [ ] No. Enter amount from Form 1040 or 1040-SR, line 6    0. | |
| 4. Add lines 2 and 3    987. | |
| 5. If you are claiming investment interest expense | |
|   on Form 4952, enter the amount from line 4g of | |
|   that form. Otherwise enter zero.    0. | |
| 6. Subtract line 5 from line 4. If zero or | |
|   less, enter zero. | 987. |
| 7. Subtract line 6 from line 1. If zero or | |
|   less, enter zero. | 146,480. |
| 8. Enter: | |
|   $39,375 if single or married filing separately, | |
|   $78,750 if married filing jointly or qualifying | |
|   widow(er), $52,750 if head of household | 78,750. |
| 9. Enter the smaller of line 1 or line 8 | 78,750. |
| 10. Enter the smaller of line 7 or line 9 | 78,750. |
| 11. Subtract line 10 from line 9. This amount | |
|    is taxed at 0% | 0. |
| 12. Enter the smaller of line 1 or line 6 | 987. |
| 13. Enter the amount from line 11 | 0. |
| 14. Subtract line 13 from line 12 | 987. |
| 15. Enter: | |
|    $434,550 if single, $244,425 if married filing | |
|    separately, $488,850 if married filing jointly | |
|    or qualifying widow(er), $461,700 if head | |
|    of household. | 488,850. |
| 16. Enter the smaller of line 1 or line 15 | 147,467. |
| 17. Add lines 7 and 11 | 146,480. |
| 18. Subtract line 17 from line 16. If zero or | |
|    less, enter zero. | 987. |
| 19. Enter the smaller of line 14 or line 18 | 987. |
| 20. Multiply line 19 by 15% (.15) | 148. |
| 21. Add lines 11 and 19 | 987. |
| 22. Subtract line 21 from line 12 | 0. |
| 23. Multiply line 22 by 20% (.20) | 0. |
| 24. Figure the tax on the amount on line 7. | |
|    (Use the Tax Table or Tax Computation Worksheet) | 23,943. |
| 25. Add lines 20, 23, and 24 | 24,091. |
| 26. Figure the tax on the amount on line 1. | |
|    (Use the Tax Table or Tax Computation Worksheet) | 24,160. |
| 27. Tax on all taxable income (including | |
|    capital gain distributions). Enter the | |
|    smaller of line 25 or line 26 here and on | |
|    Form 1040 or Form 1040-SR, line 12a | 24,091. |

| 2019 | **Federal Worksheets** | Page 3 |
|---|---|---|

**Charles and Jana Reed**

11/13/20                                                                                                12:37PM

**Child Tax Credit and Credit for Other Dependents Worksheet (Form 1040 or 1040-SR, Line 13a)**

```
 1. Number of qualifying children with required SSN from
    Form 1040 or 1040-SR, Dependents: 0 x $2,000              0.
 2. Number of other dependents, including qualifying
    children without the required SSN from
    Form 1040 or 1040-SR, Dependents: 2 x $500           1,000.
 3. Add lines 1 and 2                                                      1,000.
 4. Enter the amount from Form 1040 or 1040-SR, line 8b.   178,072.
 5. Enter $400,000 if MFJ ($200,000 for all others)      400,000.
 6. Is line 4 more than the amount on line 5?
    NO  - Leave line 6 blank. Enter -0- on line 7.
    YES - Subtract line 5 from line 4.
          If the result is not a multiple of $1,000,
          increase it to the next multiple of $1,000.
 7. Multiply the amount on line 6 by 5% (.05).
    Enter the result.                                                          0.
 8. Is the amount on line 3 more than the amount
    on line 7?
    NO  - Stop. You can't take the child tax credit on
          Form 1040 or 1040-SR, line 13a. You
          also cannot take the additional child
          tax credit on Form 1040 or 1040-SR, line 18b.
    YES - Subtract line 7 from line 3.
          Enter the result.                                                1,000.
 9. Enter the amount from Form 1040 or 1040-SR, line 12b.                  24,091.
10. Add the amounts from:
    Schedule 3, Line 1                27.
    Schedule 3, Line 2                 0.
    Schedule 3, Line 3                 0.
    Schedule 3, Line 4                 0.
    Form 5695, Line 30                 0.
    Form 8910, Line 15                 0.
    Form 8936, Line 23                 0.
    Schedule R, Line 22                0.
    Enter the total.                                     27.
11. Are the amounts on line 9 and 10 the same?
    YES - Stop. You can't take the credit because
          there is no tax to reduce.
    NO  - Subtract line 10 from line 9.                                    24,064.
12. Is the amount on line 8 more than the
    amount on line 11?
    YES - Enter the amount from line 11.
    NO  - Enter the amount from line 8.
    This is your Child Tax Credit and credit for other
    dependents. Enter on Form 1040 or 1040-SR, line 13a.                   1,000.
```

**Federal Income Tax Withheld**

| | |
|---|---:|
| Clear Creek Ind School Dist | 3,875. |
| City of Kemah | 9,128. |
| | |
| VantagePointe | 3,400. |
| Texas Municipal | 4,535. |
| Total | 20,938. |

| 2019 | Federal Worksheets | Page 4 |
|------|--------------------|--------|

**Charles and Jana Reed**

11/13/20                                                                                                  12:37PM

**State and Local Taxes (Schedule A, Line 5a)**

State and Local Sales Taxes Using the Optional Sales Tax Tables

Available Income:
```
Adjusted gross income per Form 1040 or 1040-SR              178,072.
Tax-exempt interest                                              0.
Nontaxable combat pay                                            0.
Nontaxable social security benefits                             0.
Nontaxable pensions                                             0.
Nontaxable IRAs                                                 0.
Prior year refundable credits (refundable portion only)        0.
Additional nontaxable amounts                                  0.
Total Available Income (not less than zero)                178,072.
```

Number of Exemptions                                             4.

```
1. State general sales taxes per Tables                     1,497.
2. Local general sales taxes per Tables for certain residents of
   AK, AZ, AR, CO, GA, IL, LA, MO, MS, NC, NY, SC, TN, UT, and VA
   (based on a rate of 1%)                                      0.
3. Local general sales tax rate
4. If line 2 is zero, enter your state general sales tax rate.
   Otherwise, skip line 4 and 5, and go to line 6         6.2500
5. Divide line 3 by line 4
6. Local general sales taxes.  If line 2 is zero, multiply
   line 1 by line 5.  Otherwise, multiply line 2 by line 3.     0.
7. State and local general sales taxes (add lines 1 and 6)  1,497.
8. Sales taxes paid on vehicles, boats, etc.                    0.
9. Sales tax deduction when using Tables (add lines 7 and 8) 1,497.
```

State and Local Sales Tax Deduction
(Greater of Taxes Paid or Table Amount)

```
1. General sales taxes paid                                     0.
2. Use taxes paid                                               0.
3. Total actual taxes paid (add lines 1 and 2)                 0.
4. Sales taxes using Tables                                 1,497.
5. Greater of sales taxes paid or Table amount             1,497.
```

**Form 1116, Page 1, Line 3d**
**Gross Foreign Source Income**

Category of income - Passive
```
Various
   Dividend income .............................................. $        99.
   Gross qualifying dividends....................................         987.
                                                    Total $      1,086.
```

**2019**        **Federal Worksheets**        **Page 5**

**Charles and Jana Reed**

11/13/20        12:37PM

**Form 1116, Page 1, Line 3e**
**Gross Income from All Sources**

| | |
|---|---:|
| Wages, salaries, tips, etc. | 109,851. |
| Taxable interest | 2,459. |
| Ordinary dividends | 1,086. |
| Capital gain and other gains | 2,024. |
| Taxable pensions and annuities | 63,548. |
| Total $ | 178,968. |