IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JANA REED, INDIVIDUALLY AND AS | § | |
| REPRESENTATIVE OF THE ESTATE OF | § | |
| CHRISTOPHER REED AND ON BEHALF OF | § | |
| A.R. (A MINOR); LOGAN REED, AND | § | |
| CHASE REED | § | |
| *Plaintiffs* | § | C.A. NO. 3:19-cv-00238 |
| | § | |
| V. | § | 9(H) Admiralty |
| | § | |
| MAERSK LINE-LTD, USA AND | § | |
| MAERSK LINE, LIMITED | § | |
| *In Personam Defendants;* | § | |
| M/V MAERSK IDAHO | § | |
| *In Rem defendant.* | § | |

**DEFENDANTS' UNOPPOSED MOTION FOR ENTRY OF JUDGMENT**

COME NOW Defendants Maersk Line, Limited, and the *M/V Maersk Idaho, in rem*, and respectfully request entry of judgment in the captioned matter.

1. This matter was tried to the bench and the parties presented their witnesses and evidence. The parties rested. On January 5, 2023, the Court issued its Memorandum Opinion and Order Entering Findings of Fact and Conclusions of Law [Dkt. 219]. In sum, the Court found that Plaintiffs failed to prove by preponderance of the evidence that the Defendants legally caused the death of Chief Reed. The Court ordered that Plaintiffs should take nothing by way of this action. The Court also ordered Defendants to pay Plaintiffs $2,647.08 in sanctions.

2. Defendants have paid the sanctions as ordered by the Court [Dkt. 220].

3. **Based on the foregoing**, Defendants respectfully request that judgment be entered against Plaintiffs and in favor of Defendants and that Plaintiffs take nothing by way of this action. Each party to bear its own costs of Court.

Respectfully submitted,

**HOLMAN FENWICK WILLAN USA LLP**

*/s/ Thomas N. Lightsey III*
Thomas N. Lightsey III
Texas Bar No. 12344010
Federal ID No. 84829
tom.lightsey@hfw.com
5151 San Felipe, Suite 400
Houston, Texas 77056
Telephone: 713-917-0888
Facsimile: 713-953-9470
**ATTORNEY-IN-CHARGE FOR MAERSK LINE, LIMITED, *in personam* Defendant, and as the owner of the M/V MAERSK IDAHO, *in rem* Defendant**

**OF COUNSEL:**
**HOLMAN FENWICK WILLAN USA LLP**
James T. Brown
Texas Bar No. 03138150
Federal ID. No. 11656
jim.brown@hfw.com
Christopher R. Hart
Texas Bar No. 09136310
Federal ID No. 12517
chris.hart@hfw.com
Alejandro Mendez-Roman
Texas Bar No. 24102778
Federal ID No. 2295449
alex.mendez@hfw.com

**CERTIFICATE OF CONFERENCE**

I have conferred with counsel for Plaintiff regarding this Motion and Plaintiff is unopposed.

*/s/ James T. Brown*
James T. Brown

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on this 11th day of April 2023 to all counsel of record via this Court's Electronic Document Filing System:

*/s/ James T. Brown*
James T. Brown